Steven D. Zansberg (No. 177528)
e-mail: szansberg@lskslaw.com
Christopher P. Beall (*pro hac vice* pending)
e-mail: cbeall@lskslaw.com
Levine Sullivan Koch & Schulz, LLP
1888 Sherman Street, Suite 370
Denver, CO  80203
Phone: (303) 376-2400
Fax: (303) 376-2401

*Attorneys for Defendant John Wiley & Sons, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Minden Pictures Inc., | Case Number: C 12-04601 (EMC) |
| Plaintiff, | **ANSWER** |
| vs. | |
| John Wiley & Sons, Inc., | |
| Defendant. | |

Defendant John Wiley & Sons, Inc. ("Wiley"), for its Answer to the Complaint (Doc. No. 1) filed by Plaintiff Minden Pictures, Inc. states as follows:

### Statement of Action

1. Wiley admits that this purports to be an action for the infringement of stock (that is, ordinary, easily replaced, archive) photographs and denies the remaining allegations in Paragraph 1.

### Parties

2. Wiley denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 2.

3. Wiley admits that it is a publisher and that it is headquartered in Hoboken, New Jersey.  Wiley further admits that it sells and distributes its publications in the Northern

District of California, throughout the United States, and overseas. Wiley denies the remaining allegations in Paragraph 3.

### Jurisdiction

4.  Wiley admits that this action purports to be for injunctive relief, statutory damages, monetary damages, and interest under the copyright laws of the United States and that this Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

### Venue

5.  Wiley denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 5.

### Facts Common To All Counts

6.  Wiley denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 6.

7.  Wiley denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 7.

8.  Wiley admits that, in 1997 and later, plaintiff granted licenses to Wiley for the use of photographs in its publications. Wiley denies the remaining allegations in Paragraph 8.

9.  Wiley denies the allegations set forth in Paragraph 9.

10. Wiley denies the allegations set forth in Paragraph 10.

11. Wiley denies the allegations set forth in Paragraph 11.

12. Wiley denies the allegations set forth in Paragraph 12.

13. Wiley denies the allegations set forth in Paragraph 13.

14. Wiley denies the allegations set forth in Paragraph 14.

15. Wiley denies the allegations set forth in Paragraph 15.

16. Wiley denies the allegations set forth in Paragraph 16.

17. Wiley admits that the lost licensing fee, if any, from any individual license is small, and denies the remaining allegations in Paragraph 17.

18. Wiley admits the allegations in Paragraph 18.

ANSWER
{00559934;v1}
2

*LEVINE SULLIVAN KOCH & SCHULZ, LLP*
1888 Sherman Street, Suite 370
Denver, Colorado 80203

19. Wiley denies the allegations set forth in Paragraph 19.

20. Wiley denies the allegations set forth in Paragraph 20.

21. Wiley denies the allegations set forth in Paragraph 21.

22. Wiley denies the allegations set forth in Paragraph 22.

23. Wiley denies the allegations set forth in Paragraph 23.

24. Wiley denies the allegations set forth in Paragraph 24.

25. Wiley denies the allegations set forth in Paragraph 25.

26. No response from Wiley is necessary as Paragraph 26 does not include any allegations against Wiley. To the extent a response is necessary, Wiley denies the allegations set forth in Paragraph 26.

## COUNT I
## Copyright Infringement

27. Wiley repeats and realleges its responses to the allegations set forth in Paragraphs 1-26.

28. Wiley denies the allegations set forth in Paragraph 28.

29. Wiley denies the allegations set forth in Paragraph 29.

## COUNT II
## Contributory Copyright Infringement

30. Wiley repeats and realleges its responses to the allegations set forth in Paragraphs 1-29.

31. Wiley denies the allegations set forth in Paragraph 31.

32. Wiley denies the allegations set forth in Paragraph 32.

## COUNT III
## Vicarious Copyright Infringement

33. Wiley repeats and realleges its responses to the allegations set forth in Paragraphs 1-32.

34. Wiley denies the allegations set forth in Paragraph 34.

35. Wiley denies the allegations set forth in Paragraph 35.

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 Sherman Street, Suite 370
Denver, Colorado 80203

## GENERAL DENIAL

Each numbered paragraph in this Answer responds to the identically numbered paragraph in Plaintiff's Complaint. Wiley denies all allegations, declarations, claims or assertions in the Complaint that are not specifically admitted in this Answer.

## DEFENSES

By alleging the separate and additional defenses set forth below, Wiley is not in any way agreeing or conceding that they have the burden of proof or the burden of persuasion on any of these issues.

## FIRST AFFIRMATIVE DEFENSE

1. The claims are barred by estoppel.

## SECOND AFFIRMATIVE DEFENSE

2. The claims are barred by the doctrine of laches.

## THIRD AFFIRMATIVE DEFENSE

3. Plaintiff's claims for copyright infringement are barred by the doctrine holding that any claim for breach of a covenant in a non-exclusive copyright license sounds in contract and not in copyright.

## FOURTH AFFIRMATIVE DEFENSE

4. Plaintiff lacks standing to assert the claims of copyright infringement in the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

5. On information and belief, to the extent any copyright registrations are asserted by Plaintiff as covering the photos in suit, Wiley alleges that such copyrights are invalid and/or unenforceable.

## SIXTH AFFIRMATIVE DEFENSE

6. Certain of Plaintiff's claims involve images and publications which Wiley has not reproduced or distributed for many years prior to the filing of this Complaint (Doc. No. 1).

7. Plaintiff's claims for copyright infringement are barred by the statute of limitations.

ANSWER
{00559934;v1}
4

### SEVENTH AFFIRMATIVE DEFENSE

8. Plaintiff's claims for copyright infringement are barred by the defense of license.

### EIGHTH AFFIRMATIVE DEFENSE

9. To the extent Plaintiff has suffered any damages, which Wiley expressly denies, Plaintiff has failed to take any steps to mitigate its damages.

### NINTH AFFIRMATIVE DEFENSE

10. To the extent that Plaintiff's claims relate to Wiley's inclusion of a photograph in a later edition or revised version of a work for which Wiley previously was licensed, such reuse is non-infringing pursuant to the revision privilege contained in Section 201(c) of the Copyright Act.

### TENTH AFFIRMATIVE DEFENSE

11. To the extent that Wiley's use, if any, of the works at issue exceeded rights held by Wiley, such use was made with an innocent intent and without any belief that any acts of Wiley constituted an infringement of copyright.

### ELEVENTH AFFIRMATIVE DEFENSE

12. To the extent that Plaintiff is entitled to any relief (which Wiley denies), Plaintiff is not entitled to statutory damages or attorneys' fees because, on information and belief, Wiley alleges that any copyright registrations asserted by Plaintiff as covering the photographs in suit are untimely.

### TWELFTH AFFIRMATIVE DEFENSE

13. Plaintiff is not entitled to injunctive relief because any alleged injury is not immediate or irreparable and Plaintiff has an adequate remedy at law.

### THIRTEENTH AFFIRMATIVE DEFENSE

14. Wiley reserves the right to amend this Answer and plead additional or more specific defenses as warranted by the facts determined through the conclusion of the discovery process.

## JURY DEMAND

Wiley demands a trial by jury of all issues triable by jury.

WHEREFORE, Wiley respectfully requests that:

a. Plaintiff's Complaint be dismissed in its entirety;

b. Wiley be awarded its costs, including reasonable attorneys' fees; and

c. Such other relief as the Court deems just and proper.

DATED: October 16, 2012          Respectfully submitted by:

 s/ Steven D. Zansberg
Steven D. Zansberg (No. 177528)
e-mail: szansberg@lskslaw.com
Christopher P. Beall (*pro hac vice* pending)
e-mail:  cbeall@lskslaw.com
Levine Sullivan Koch & Schulz, LLP
1888 Sherman Street, Suite 370
Denver, CO  80203
Phone: (303) 376-2400
Fax: (303) 376-2401

*Attorneys for Defendant John Wiley & Sons, Inc.*

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 Sherman Street, Suite 370
Denver, Colorado 80203

**CERTIFICATE OF SERVICE**

I hereby certify that I have this  16th  day of October 2012, served via the Court's electronic filing system, a true and correct copy of the above and foregoing on counsel as follows:

>Christopher Seidman
>Harmon & Seidman LLC
>101 South Third Street, Suite 265
>Grand Junction, Colorado 81501
>chris@harmonseidman.com
>
>Robert W. Crockett
>Harmon & Seidman LLC
>33 Spendrift Passage
>Corte Madera, California 94925
>robert@harmonseidman.com
>
>Alex Rice Kerr
>Harmon & Seidman LLC
>219 Vicksburg St.
>San Francisco, California 94114
>alex@harmonseidman.com

                                        s/ Steven D. Zansberg