**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8   MINDEN PICTURES, INC.,                    No. C-12-4601 EMC
9              Plaintiff,
10       v.                                   **ORDER RE NOTICE RE MOTION TO DISMISS**
11  JOHN WILEY & SONS, INC.,
12             Defendant.                     **(Docket No. 31)**
    _____/
13

14          Currently pending before the Court is Defendant's motion to dismiss for lack of subject

15  matter jurisdiction, in which Defendant argues that Plaintiff lacks standing to bring this suit under

16  the Copyright Act.  Docket No. 31.  Generally, a court considering evidence on a motion to dismiss

17  for lack of subject matter jurisdiction may resolve disputed facts relevant to the question of

18  jurisdiction.  *Augustine v. United States*, 704 F.2d 1074, 1077 (9th Cir. 1983).  Where, however, the

19  jurisdictional issue is intertwined with factual issues going to the merits, any factual disputes must

20  be resolved under the standard governing motions for summary judgment.  *Id.*  As the factual issues

21  on this motion appear to be connected to issues going to the merits of Plaintiff's claims, this Court

22  hereby gives notice that the motion to dismiss shall be treated as a motion for summary judgment.

23  Any party wishing to submit supplementary evidence must do so by 5:00 p.m. on Tuesday, May 7,

24  2013.

25          IT IS SO ORDERED.

26  Dated:  May 6, 2013

27                                            _____
                                              EDWARD M. CHEN
28                                            United States District Judge