1  Christopher Seidman (SBN 98884)
   Harmon & Seidman LLC
2  101 South Third Street, Suite 265
   Grand Junction, Colorado 81501
3  Tel:  (970) 245-9075
   Fax:  (970) 245-8086
4  E-mail:  chris@harmonseidman.com

5  Robert W. Crockett (SBN 79918)
   Harmon & Seidman LLC
6  33 Spindrift Passage
   Corte Madera, California 94925
7  Tel:  (415) 945-1830
   E-mail:  robert@harmonseidman.com

8  *Attorneys for Plaintiff Minden Pictures, Inc.*

9  Steven D. Zansberg (SBN 177528)
   Christopher P. Beall (admitted *pro hac vice*)
10 Michael Beylkin (admitted *pro hac vice*)
   Levine Sullivan Koch & Schulz, LLP
11 1888 Sherman Street, Suite 370
   Denver,  Colorado 80203
12 Tel:  (303) 376-2400
   Fax:  (303) 376-2401
13 E-mail:  szansberg@lskslaw.com
              cbeall@lskslaw.com
14            mbeylkin@lskslaw.com

15 *Attorneys for Defendant John Wiley & Sons, Inc.*

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 MINDEN PICTURES, INC.,                )
                                          )   Case No. C12-04601 EMC
19             Plaintiff,                  )
                                          )
20 v.                                      )   JOINT REQUEST FOR EXTENSION OF
                                          )   DEADLINE FOR COMPLETING
21 JOHN WILEY & SONS, INC.,                )   SETTLEMENT CONFERENCE
                                          )
22             Defendant.                  )   ORDER EXTENDING DEADLINE TO COMPLETE
                                          )   SETTLEMENT CONFERENCE AND RESETTING CMC
23 ─────────────────────────────          )

24        Plaintiff Minden Pictures, Inc. ("Minden") and Defendant John Wiley & Sons, Inc.

25 ("Wiley") jointly request that the Court extend the deadline for completing a settlement conference

26 in this case.  The background to this joint request is as follows:

27

28

─────────────────────────────────────────────────────────────
JOINT REQUEST FOR EXTENSION OF DEADLINE             CASE NO. C12-04601 EMC
FOR COMPLETING SETTLEMENT CONFERENCE

During a case management conference on December 11, 2012, the Court referred this case to a magistrate judge for a settlement conference and ordered that the settlement conference be completed within 150 days.[1]   Accordingly, on February 15, 2013, Magistrate Judge Nandor J. Vadas scheduled a settlement conference for April 25, 2013.[2]

On March 21, 2013, Wiley filed a motion to dismiss the complaint.[3]   On March 22, 2013, Wiley filed a motion to vacate the settlement conference set for April 25, 2013.[4]   On March 29, 2013, the Court issued an Order Granting Extension of Time in Which to Complete Settlement Conference which extended the deadline to complete the settlement conference to June 30, 2013 and provided that the date of the conference shall be scheduled with Magistrate Judge Vadas.[5]

The Court heard Wiley's motion to dismiss on May 9, 2013.  The Court ordered that the parties' cross motions for summary judgment on certain issues addressed in Wiley's motion to dismiss shall be heard on October 31, 2013.[6]   The Court also stated that it was "going to leave it to [Judge Vadas's] judgment as to whether he believes . . . it is worthwhile, makes sense to hold a settlement conference."[7]

On May 21, 2013 and June 18, 2013, Magistrate Judge Vadas conducted status conferences to discuss the timing of the settlement conference.[8]   During the June 18, 2013 status conference, in light of the anticipated October 31, 2013 hearing on the cross motions for summary judgment, Magistrate Judge Vadas continued the matter to November 19, 2013 for another status conference to discuss the timing of the settlement conference.[9]

---

[1] Civil Minutes, Doc. 25.

[2] Notice of Settlement Conference and Settlement Conference Order, Doc. 28.

[3] Doc. 31.

[4] Doc. 33.

[5] Doc. 36.

[6] Civil Minutes, Doc. 48.

[7] Doc. 52, Transcript of May 9, 2013 Hearing, at 30:12-15.

[8] Docs. 51 and 53.

[9] Doc. 53

On June 25, 2013, the parties received an e-mail message from Linn Van Meter, Administrative Law Clerk, stating in part:

> [I]t appears from Judge Chen's order entered 3/29/13, docket no. 36, that the deadline for holding the settlement conference in this case is June 30, 2013.
>
> If another deadline was subsequently established, please inform me of the order which provides for that.   Otherwise, Judge Vadas requests that you ask Judge Chen for an extension of time to hold the settlement conference which includes the 11/19/13 date.

Accordingly, the parties jointly request that the Court extend the deadline for completing a settlement conference to December 31, 2013.


DATED:  June 26, 2013

Plaintiff Minden Pictures, Inc. by its attorneys,

/s/ *Robert W. Crockett*

Robert W. Crockett (SBN 79918)
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, California 94925
Tel:  (415) 945-1830
E-mail:  robert@harmonseidman.com

Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel:  (970) 245-9075
Fax:  (970) 245-8086
E-mail:  chris@harmonseidman.com

1    DATED:  June 26, 2013

2                                              Defendant John Wiley & Sons Inc., by its attorneys,

3                                              /s/ Michael Beylkin

4                                              Steven D. Zansberg (SBN 177528)
                                               Christopher P. Beall (admitted *pro hac vice*)
                                               Michael Beylkin (admitted *pro hac vice*)
5                                              Levine Sullivan Koch & Schulz, LLP
                                               1888 Sherman Street, Suite 370
6                                              Denver,  Colorado 80203
                                               Tel:  (303) 376-2400
7                                              Fax:  (303) 376-2401
8                                              E-mail:  szansberg@lskslaw.com
                                                            cbeall@lskslaw.com
9                                                            mbeylkin@lskslaw.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the above-entitled action.  My business address is 33 Spindrift Passage, Corte Madera, California 94925.

I hereby certify that on June 26, 2013, I caused the foregoing JOINT REQUEST FOR EXTENSION OF DEADLINE FOR COMPLETING SETTLEMENT CONFERENCE to be filed via the CM/ECF system, which will serve a Notice of Electronic Filing to all counsel of record, including the following:

> Steven D. Zansberg
> Christopher P. Beall
> Michael Beylkin
> Levine Sullivan Koch & Schulz, LLP
> 1888 Sherman Street, Suite 370
> Denver,  Colorado 80203
> Tel:  (303) 376-2400
> Fax:  (303) 376-2401
> E-mail:  szansberg@lskslaw.com
>               cbeall@lskslaw.com
>               mbeylkin@lskslaw.com

I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.

Executed on June 26, 2013, at Corte Madera, California.

> /s/ *Robert W. Crockett*

> Robert W. Crockett (SBN 79918)
> Harmon & Seidman LLC
> 33 Spindrift Passage
> Corte Madera, California 94925
> Tel:  (415) 945-1830
> E-mail:  robert@harmonseidman.com

IT IS SO ORDERED that the deadline to complete settlement conference is extended to 12/31/13.  The further CMC is reset from 10/31/13 to 1/16/14 at 10:30 a.m.   An updated joint cmc statement shall be filed by 1/9/14.



_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE

JOINT REQUEST FOR EXTENSION OF DEADLINE                                    CASE NO. C12-04601 EMC
FOR COMPLETING SETTLEMENT CONFERENCE