# EXHIBIT 1

Part 1

No. CV 12-04601 (EMC)

DECLARATION OF STEVEN D. ZANSBERG IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FED. R. CIV. P. RULE 56

Declaration of R. Minden in Opp'n to Def. John Wiley &
Sons, Inc.'s Mot. to Dismiss Pl.'s Compl. (Doc. 39)
Agency Agreements

Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel:  (970) 245-9075
Fax:  (970) 245-8086
E-mail:  chris@harmonseidman.com

Robert W. Crockett (SBN 79918)
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, California 94925
Tel:  (415) 945-1830
E-mail:  robert@harmonseidman.com

*Attorneys for Plaintiff Minden Pictures, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC., | Case No. C 12-04601 EMC |
| Plaintiff, | DECLARATION OF RICHARD L. MINDEN IN OPPOSITION TO DEFENDANT JOHN WILEY & SONS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT |
| v. | |
| JOHN WILEY & SONS, INC., | Date:     May 9, 2013 |
| Defendant. | Time:     1:30 p.m. |
| | Courtroom:  5, 17th Floor |

I, Richard L. Minden, hereby declare pursuant to 28 U.S.C. § 1746:

1.  I am a United States citizen residing in Watsonville, California, and I am the owner and President of Minden Pictures, Inc. ("Minden Pictures"), Plaintiff in this action. Minden Pictures is a stock photography agency in the business of licensing images to publishers, including John Wiley & Sons, Inc. ("Wiley"), Defendant in this action. Minden Pictures' office is located in Watsonville, California. I have first-hand, personal knowledge of all matters stated herein and if called upon to do so could testify to them.

2.  I have been involved on a full-time basis in the business of photography, including licensing photography, for approximately 30 years. I am experienced with photography licensing

1

DECLARATION OF RICHARD L. MINDEN IN OPPOSITION TO          CASE NO. C-12-04601-EMC
DEFENDANT JOHN WILEY & SONS, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT

practices, having licensed thousands of images for textbooks, magazines, paper products, advertising and many other uses.

3. Exhibit 1 to the Complaint lists the copyright infringement claims involved in this case, including the photographers who created each of the images in suit ("the Photographers"). In its licensing activities, Minden Pictures acts as the agent for the Photographers who created the images. Before issuing licenses to Wiley, Minden Pictures entered into agency agreements with the Photographers or their representatives ("Agency Agreements"). Copies of those Agency Agreements are attached to this declaration as Exhibits 1-1 through 1-9. The Agency Agreements authorized Minden Pictures to sell licenses to publishers allowing them to reproduce the Photographers' copyrighted images and to distribute and display copies of the images to the public.

4. With the exception of any instances in which Wiley may have used images in suit without any license, all of the claims in suit are based on licenses issued to Wiley by Minden Pictures. Stated another way, there are no claims in suit pertaining to licenses Wiley obtained directly from any of the Photographers or from any other person or entity other than Minden Pictures. Wiley's copyright infringements that are the subject of this action are the result of its uses of the images in suit beyond the scope of the permission Minden Pictures, acting with authority from its contributing photographers, granted Wiley.

5. Before filing this action Minden Pictures entered into a Copyright Assignment, Accrued Causes of Action, and Litigation Agreement (collectively, "Original Copyright Assignments") with each of the Photographers, or their representatives. Copies of those Original Copyright Assignments are attached to this declaration as Exhibit 2. The Original Copyright Assignments granted Minden Pictures co-ownership of all copyrights in the images and assigned to Minden Pictures the right to sue on any accrued or later accruing copyright infringement claims.

6. In light of the court's recent ruling granting summary judgment for the Defendant in the *Minden Pictures, Inc. v. Pearson Education, Inc.* action, Minden Pictures recently obtained updated Copyright and Accrued Causes of Action Assignments ("Updated Copyright

2

DECLARATION OF RICHARD L. MINDEN IN OPPOSITION TO           CASE NO. C-12-04601-EMC
DEFENDANT JOHN WILEY & SONS, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Assignments") from the contributing Photographers. Copies of those Updated Copyright Assignments are attached to this declaration as Exhibit 3. These assignments expressly state that they are intended to vest in both parties a co-ownership interest in the copyrights to the images and include the right of both Minden Pictures and the Photographer to authorize copying of the images and distribution and display of copies of the images to the public.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Watsonville, California.

Date: April 4, 2013

Richard L. Minden

---

3

DECLARATION OF RICHARD L. MINDEN IN OPPOSITION TO
DEFENDANT JOHN WILEY & SONS, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT

CASE NO. C-12-04601-EMC

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the above-entitled action.  My business address is 33 Spindrift Passage, Corte Madera, California 94925.

I hereby certify that on April 4, 2013 I caused the foregoing DECLARATION OF RICHARD L. MINDEN IN OPPOSITION TO DEFENDANT JOHN WILEY & SONS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT to be filed via the CM/ECF system, which will serve a Notice of Electronic Filing to all counsel of record, including the following:

> Steven D. Zansberg
> Christopher P. Beall
> Michael Beylkin
> Levine Sullivan Koch & Schulz, LLP
> 1888 Sherman Street, Suite 370
> Denver, Colorado 80203
> Tel: (303) 376-2400
> Fax: (303) 376-2401
> E-mail: szansberg@lskslaw.com
>      cbeall@lskslaw.com
>      mbeylkin@lskslaw.com

I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.

Executed on April 4, 2013 at Corte Madera, California.

> /s/ *Robert W. Crockett*
>
> Robert W. Crockett (SBN 79918)
> Harmon & Seidman LLC
> 33 Spindrift Passage
> Corte Madera, California 94925
> Tel: (415) 945-1830
> E-mail: robert@harmonseidman.com

4

DECLARATION OF RICHARD L. MINDEN IN OPPOSITION TO
DEFENDANT JOHN WILEY & SONS, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT

CASE NO. C-12-04601-EMC