# EXHIBIT 1

# STOCK PHOTO INVOICE

John Wiley & Sons          Date             : 04-15-97
111 River Street           Invoice #     : 170516
                          Job No.
Hoboken, JN 07030         P.O. No.

Attention: Hilary Newman      Web Order #   : NONE

**Licensing Rights:**
Physics 4ed by Cutnell. One-time, non-exclusive North American English language editorial rights pr <40,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 005106 | VERREAUX'S SIFAKA | FRANS LANTING | 1/4p reuse txtbk | 140.00 |

TOTAL LICENSE FEES : $    140.00

INVOICE TOTAL   : $    140.00

Payment  : $   140.00

BALANCE DUE : $    0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full. Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                  Date          : 04-23-97
111 River Street                   Invoice #     : 170537
                                   Job No.
Hoboken, JN 07030                  P.O. No.

Attention: Mary Ann Price          Web Order #   : 960088

## Licensing Rights:

Environemental Science 2e/Botkin. One-time, non-exclusive North American
English language editorial rights, pr < 40k.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 056460 | FARMLANDS ENCROACHING ON | JIM BRANDENBURG | 1/4p textbook | 175.00 |
| 063567 | WHITE SWAN WITH CHICKS | JIM BRANDENBURG | 1/4p txtbook reuse | 140.00 |
| 090366 | TIM LAMAN EXAMINES CLUSIA | MARK MOFFETT | 1/4p txtbk CO | 218.75 |
| 091522 | SEGAMA RIVER CUTTING THROUGH | FRANS LANTING | 1/4p txtbook reuse | 140.00 |
| 102302 | PEOPLE & CULTURE PRAWN FARM, | FRANS LANTING | 1/4p textbook | 175.00 |

TOTAL LICENSE FEES : $        848.75

INVOICE TOTAL      : $        848.75

Payment  : $      848.75

BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons        Date            : 09-04-97
111 River Street         Invoice #      : 171177
                              Job No.
Hoboken, JN 07030        P.O. No.

Attention: Kim Khatchatourian      Web Order #     : NONE

## Licensing Rights:

deBlij/Physical Geography 2e. One-time, non-exclusive North American English language editorial print rights. Less than 10% change from last print run.  See Invoice#7506. PR <40,000. Extension of rights-25% of 1st time use.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 009674 | SEVERE EROSION OF DEFORESTED | FRANS LANTING | 1/4p ed-extend rights | 43.75 |
| 046907 | TROPICAL RAINFOREST, ZAIRE | FRANS LANTING | 1/4p ed-extend rights | 43.75 |
| 096872 | PALM SWAMP TAMBOPATA, PERU | FRANS LANTING | 1/4p ed-extend rights | 43.75 |
| 109298 | PRESSURE RIDGES, ARCTIC | JIM BRANDENBURG | 1/4p ed-extend rights | 43.75 |

TOTAL LICENSE FEES : $      175.00

INVOICE TOTAL     : $      175.00

Payment : $     175.00

BALANCE DUE : $      0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons        Date             : 09-10-97
111 River Street          Invoice #       : 171222
                              Job No.
Hoboken, JN 07030         P.O. No.

Attention: Hilary Newman      Web Order #    : 960083

**Licensing Rights:**
  Physics/Cutnell CD-ROM 4ed. One-time, non-exclusive North American
  English language editorial CD-ROM rights, pr 1500. Textbook rights
  granted with invoice#170515.

  ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
  ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
  ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 005106 | VERREAUX'S SIFAKA | FRANS LANTING | CD-ROM | 100.00 |

TOTAL LICENSE FEES : $     100.00

INVOICE TOTAL    : $     100.00

Payment : $     100.00

BALANCE DUE : $     0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons        Date           : 09-22-97
111 River Street          Invoice #     : 171285
                          Job No.
Hoboken, JN 07030        P.O. No.

Attention: Kim Khatchatourian      Web Order #    : 970257

## Licensing Rights:

Introducing/Strahler 2 e: Physical Geology. One-time, non-exclusive
North American English language editorial print rights, pr <40,000. No
electronic rights granted.

     ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
     ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
     ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 109213 | ERODED SANDSTONE, COLORADO | CARR CLIFTON | 1/2p textbook | 200.00 |
| 800204 | ERODED HILLS, MADAGASCAR | FRANS LANTING | 1/4p textbk/re-use | 140.00 |
| 800211 | DANUM RIVER GORGE, BORNEO | FRANS LANTING | 1/2p textbk/re-use | 160.00 |
| 957634 | BAOBAB (Adansonia sp.), IN | FRANS LANTING | 1/4p textbk/re-use | 140.00 |

**TOTAL LICENSE FEES : $**     640.00

**INVOICE TOTAL    : $**     640.00

**Payment   : $**     640.00

**BALANCE DUE : $**     0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date          : 11-09-98
111 River Street                      Invoice #     : 181600
                                      Job No.
Hoboken, JN 07030                     P.O. No.

Attention: Hilary Newman              Web Order #   : 980453

## Licensing Rights:

Home Planet, 1e/Murck. One-time, non-exclusive North American English
language editorial print textbook rights, pr 40,000. No electronic
rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 022876 | ATLANTIC MEETS NAMIB DESERT, | JIM BRANDENBURG | 1/4p textbook | 175.00 |
| 091522 | SEGAMA RIVER CUTTING THROUGH | FRANS LANTING | 1/4p textbook | 175.00 |
| 140006 | VOLCANIC ERUPTION, RADIAL | TUI DE ROY | 1/4p textbook | 175.00 |
| 800352 | ERODED HILLS, MADAGASGAR | FRANS LANTING | 1/4p textbook | 175.00 |

**TOTAL LICENSE FEES : $        700.00**

**INVOICE TOTAL     : $        700.00**

**Payment   : $      700.00**

**BALANCE DUE : $          0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.



COLLEGE DIVISION
*Educational Publishing Group*
605 Third Avenue
New York, NY 10158-0012
212.850.6000
FAX: Illustration 212.850.6664
Manufacturing &
Design 212.850.6450
Photo Research 212.850.6945
Production 212.850.6367

# John Wiley & Sons, Inc.

*Publishers Since 1807*

October 29, 1998

Minden Pictures, Inc.
783 Rio Del Mar Boulevard #9-11
Aptos, CA 95003

### Project: *Murck- Home Planet, 1ed.*

Please bill us for one-time North American publication rights with a print run of under 40,000 copies. The following photographs have been selected to appear in the above listed title.

| P-no. | Description | Photographer | Photo# | Size | Format | Usage |
|---|---|---|---|---|---|---|
| 110 | Volcanic eruption, lava fountaining from splatter cone at dusk, Cerro Azul, Isabela Island, Galapagos | ©Tui De Roy | 140006 | 1/4 | Color | In-text *175* |
| 151 | Eroded hills and silted river, Madagascar | ©Frans Lanting | 45.0.58.64 | 1/4 | Color | In-text *175* |
| 243 | Segama River with lowland rain forest, Borneo | ©Frans Lanting | 91522 | 1/4 | Color | In-text *175* |
| 277a | Atlantic meets Namib Desert, Namibia | ©Jim Brandenburg | 022876 | 1/4 | Color | In-text *175* |

*$ 700*

Please note that for accounting purposes, our P-number (P-no. above) must appear next to the appropriate fee on your invoice. If you have any questions, please contact me.

*INV # 18600*

Thank you for your assistance on the project.

Sincerely,

H. Newman

Hilary Newman
Senior Photo Editor
(212) 850-6733

*980453*

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 01-13-99
111 River Street                     Invoice #     : 190064
                                     Job No.
Hoboken, JN 07030                    P.O. No.

Attention: Jill Hilycord             Web Order #   : 981027

## Licensing Rights:
Blue Planet by Skinner 2e. One-time, non-exclusive North American
English language editorial print rights, pr <30,000. No electronic
rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 150008 | GARDEN OF HARD CORALS JUST | FRED BAVENDAM | textbook cover | 800.00 |

TOTAL LICENSE FEES : $    800.00

INVOICE TOTAL    : $    800.00

Payment : $    800.00

BALANCE DUE : $      0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date            : 01-19-99
111 River Street                      Invoice #       : 190101
                                      Job No.
Hoboken, JN 07030                     P.O. No.

Attention: Hilary Newman              Web Order #    : 980453

## Licensing Rights:
Myrck-Image Manager, 1ed. One-time, non-exclusive North American English
language editorial CD-ROM rights, pr 2,500. Image to appear at 1/4
screen or less, and no larger than 72 dpi.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO  | DESCRIPTION              | PHOTOGRAPHER    | FORMAT/USE | FEE    |
|--------|--------------------------|-----------------|------------|--------|
| 022876 | ATLANTIC MEETS NAMIB DESERT, | JIM BRANDENBURG | cd-rom | 125.00 |
| 140006 | VOLCANIC ERUPTION, RADIAL | TUI DE ROY      | cd-rom     | 125.00 |

TOTAL LICENSE FEES : $       250.00

INVOICE TOTAL    : $       250.00

Payment  : $      250.00

BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                Date          : 01-25-99
111 River Street                 Invoice #     : 190137
                                 Job No.
Hoboken, JN 07030                P.O. No.

Attention: Hilary Newman         Web Order #   : 981579

## Licensing Rights:
BIOINQUIRY by Nancy Pruitt, et al. One-time, non-exclusive North
American English language editorial print textbooks rights, pr 20,000.
No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 091530 | RIVER CUTTING THROUGH | FRANS LANTING | textbook cover | 750.00 |

TOTAL LICENSE FEES : $    750.00

INVOICE TOTAL    : $    750.00

Payment : $    750.00

BALANCE DUE : $      0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                  Date          : 01-25-99
111 River Street                   Invoice #     : 190138
                                   Job No.
Hoboken, JN 07030                  P.O. No.

Attention: Hilary Newman           Web Order #   : 981579


**Licensing Rights:**
   BIOINQUIRY by Nancy Pruitt, et al. One-time, non-exclusive North
   American English language editorial black & white cd packaging, 20,000
   ancillary.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 091530 | RIVER CUTTING THROUGH | FRANS LANTING | cd pkg-ancillary | 250.00 |


                         TOTAL LICENSE FEES : $        250.00


                         INVOICE TOTAL    : $        250.00

                              Payment   : $      250.00

                         BALANCE DUE : $          0.00


   Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
   bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                         Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                  Date         : 01-25-99
111 River Street                   Invoice #    : 190139
                                   Job No.
Hoboken, JN 07030                  P.O. No.

Attention: Hilary Newman           Web Order #   : 981579

## Licensing Rights:
   BIOINQUIRY by Nancy Pruitt, et al. One-time, non-exclusive North
   American English language editorial print black & white, 12"x10" folder
   cover. pr 5,000, ancillary. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 091530 | RIVER CUTTING THROUGH | FRANS LANTING | folder cover | 250.00 |

                                TOTAL LICENSE FEES : $        250.00

                                INVOICE TOTAL    : $          250.00

                                    Payment : $         250.00

                                BALANCE DUE : $            0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons              Date          : 01-25-99
111 River Street               Invoice #     : 190140
                               Job No.
Hoboken, JN 07030              P.O. No.

Attention: Hilary Newman       Web Order #   : 981579

**Licensing Rights:**
   BIOINQUIRY by Nancy Pruitt, et al. One-time, non-exclusive North
American English language editorial print black & white instructor's
manual, pr 5,000, ancillary. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 091530 | RIVER CUTTING THROUGH | FRANS LANTING | tchrs manual-ancillary | 250.00 |

**TOTAL LICENSE FEES : $**      250.00

**INVOICE TOTAL      : $**      250.00

**Payment : $**      250.00

**BALANCE DUE : $**        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons
111 River Street

Hoboken, JN 07030

Attention: Jill Hilycord

Date          : 02-01-99
Invoice #     : 190194
Job No.
P.O. No.

Web Order #   : NONE

**Licensing Rights:**
Blue Planet, 2e Skinner. One-time, non-exclusive North American English language editorial print textbook rights, pr 30,000. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 140180 | GUANO MINING, SEASONAL LABOR | TUI DE ROY | 1/4p editorial | 175.00 |

TOTAL LICENSE FEES : $    175.00

INVOICE TOTAL    : $    175.00

Payment : $    175.00

BALANCE DUE : $    0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons          Date            : 03-04-99
111 River Street           Invoice #       : 190311
                           Job No.
Hoboken, JN 07030          P.O. No.

Attention: Jill Hilycord   Web Order #      : 981789


**Licensing Rights:**
GEOSYSTEMS TODAY, VIRTUAL TOURS  1/e/ Ford & Hipple.  One time
non-exclusive electronic English language editorial use for three years
on the Web.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 021040 | LESSER FLAMINGO | FRANS LANTING | web | 425.00 |

TOTAL LICENSE FEES : $     425.00

INVOICE TOTAL    : $     425.00

Payment : $     425.00

BALANCE DUE : $     0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons　　　　　　　Date　　　　　　: 04-07-99
111 River Street　　　　　　　Invoice #　　　: 190535
　　　　　　　　　　　　　　　　Job No.
Hoboken, JN 07030　　　　　　P.O. No.

Attention: Hilary Newman　　　Web Order #　　: 960088

## Licensing Rights:

Botkin/Environmental Science, 3 ed. One-time, non-exclusive North American English language editorial print textbook rights, pr 20,000. Images reused from previous edition. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 056460 | FARMLANDS ENCROACHING ON | JIM BRANDENBURG | 1/4p textbook | 140.00 |
| 063567 | WHITE SWAN WITH CHICKS | JIM BRANDENBURG | 1/4p textbook | 140.00 |
| 091522 | SEGAMA RIVER CUTTING THROUGH | FRANS LANTING | 1/2p textbook | 160.00 |
| 102302 | PEOPLE & CULTURE PRAWN FARM, | FRANS LANTING | 1/4p textbook | 140.00 |

**TOTAL LICENSE FEES : $**　　580.00

**INVOICE TOTAL　　: $**　　580.00

**Payment　: $**　　580.00

**BALANCE DUE : $**　　0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full. Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 04-30-99
111 River Street                     Invoice #     : 190663
                                     Job No.
Hoboken, JN 07030                    P.O. No.

Attention: Hilary Newman             Web Order #   : NONE

**Licensing Rights:**
Environmental Science, 3ed. Botkin. One-time, non-exclusive North
American English language editorial print rights, pr <20,000. No
electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 091522 | SEGAMA RIVER CUTTING THROUGH | FRANS LANTING | 1 1/2p textbook reuse | 350.00 |

TOTAL LICENSE FEES : $     350.00

INVOICE TOTAL     : $     350.00

Payment : $     350.00

BALANCE DUE : $       0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 06-04-99
111 River Street                     Invoice #     : 190847
                                     Job No.
Hoboken, JN 07030                    P.O. No.

Attention: Jill Hilycord             Web Order #   : NONE

## Licensing Rights:

Snustad-Principles of Genetics, 2 ed. One-time, non-exclusive North
American English language editorial print rights, pr <20,000. No
electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 050301 | GEESE | JIM BRANDENBURG | 1/4p textbook | 140.00 |
| 091522 | SEGAMA RIVER CUTTING THROUGH | FRANS LANTING | 1/2p co, text | 200.00 |

TOTAL LICENSE FEES : $        340.00

INVOICE TOTAL      : $        340.00

Payment  : $    340.00

BALANCE DUE : $          0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date          : 11-23-99
111 River Street                      Invoice #     : 191716
                                      Job No.
Hoboken, NJ 07030                     P.O. No.

Attention: Jill Hilycord               Web Order #    : 991230

## Licensing Rights:

Dynamic Earth/Skinner 4e. One-time, non-exclusive North American English
language editorial print textbook rights, pr <20,000. No electronic
rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00109989 | EMPEROR PENGUINS | Frans Lanting | 1 1/2p textbook co | 575.00 |
| 00110621 | GLACIAL SILT & THE ALSEK | Carr Clifton | 1/4p textbook | 175.00 |
| 00800121 | EROSION MADAGASCAR | Frans Lanting | 1/4p textbook reuse | 140.00 |

TOTAL LICENSE FEES : $      890.00

INVOICE TOTAL    : $      890.00

Payment  : $    890.00

BALANCE DUE : $       0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                   Date          : 12-09-99
111 River Street                    Invoice #     : 191787
                                    Job No.
Hoboken, NJ 07030                   P.O. No.

Attention: Lisa Gee                 Web Order #   : NONE

## Licensing Rights:
Strahler-Introducing, Update, 2e. One-time, non-exclusive North American
English language editorial print textbook rights, pr 20,000. Fee
reflects 25% reuse discount. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00109213 | Close up of eroded sandstone | Carr Clifton | 1/2p color reuse | 150.00 |
| 00800204 | ERODED HILLS, MADAGASCAR | Frans Lanting | 1/4p color reuse | 131.25 |
| 00800211 | DANUM RIVER GORGE, BORNEO | Frans Lanting | 1/4p color reuse | 131.25 |
| 00957634 | Baobab (Adansonia digitata) | Frans Lanting | 1/4p color reuse | 131.25 |

TOTAL LICENSE FEES : $      543.75

INVOICE TOTAL     : $      543.75

Payment  : $    543.75

BALANCE DUE : $       0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date            : 02-29-00
111 River Street                     Invoice #       : 200257
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Hilary Newman             Web Order #     : NONE


**Licensing Rights:**

Physics, 5e/Cutnell. One-time, non-exclusive North American English
language editorial print textbook rights, pr 50,000. No electronic
rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00025818 | Bald Eagle (Haliaeetus | Frans Lanting | 1/2p editorial/textbook | 225.00 |
| 00047356 | African Lion (Panthera leo) | Frans Lanting | 1/4p editorial/textbook | 200.00 |

**TOTAL LICENSE FEES : $        425.00**

**INVOICE TOTAL      : $        425.00**

**Payment  : $      425.00**

**BALANCE DUE : $          0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.



# John Wiley & Sons, Inc.
*Publishers Since 1807*

Educational Publishing Group
605 Third Avenue
New York, NY 10158-0012
212.850.6000
FAX: Illustration 212.850.6664
Manufacturing &
Design 212.850.6450
Photo Research 212.850.6945
Production 212.850.6367

February 22, 2000

Minden Pictures, Inc.
783 Rio Del-Mar Boulevard #9-11
Aptos, CA 95003

## Project: *Cutnell- Physics, 5ed.*

Please bill us for North American publication rights for the above edition with print runs totaling under 50,000 copies. The following photographs have been selected to appear in the above listed title.

| P-no. | Description | Photographer | Photo# | Size | Format | Usage |
|-------|-------------|--------------|--------|------|--------|-------|
| 42 | Lion licking other lion | Frans Lanting | 047356 | 1/4 | Color | In-text |
| 212 | Eagle | Frans Lanting | 025818 | 1/2 | Color | In-text |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Please note that for accounting purposes, our P-number (P-no. above) must appear next to the appropriate fee on your invoice. If you have any questions, please contact me.

Thank you for your assistance on the project.

Sincerely,

Hilary Newman
Manager, Photo Dept.
(212) 850-6733

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 11-10-00
111 River Street                     Invoice #     : 201416
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Lisa Gee                  Web Order #   : NONE

**Licensing Rights:**

Goodenough-Animal 2e. One-time, non-exclusive North American English language editorial print textbook rights, pr 20,000. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00800659 | MECHANICAL BEE | Mark Moffett | 1/4p textbook reuse | 140.00 |

**TOTAL LICENSE FEES : $**     140.00

**INVOICE TOTAL     : $**     140.00

**Payment : $**     140.00

**BALANCE DUE : $**     0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 04-04-01
111 River Street                     Invoice #     : 202466
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Hilary Newman             Web Order #   : 981579


**Licensing Rights:**
  Bioinquiry 2e by Nancy Pruitt, etal. One-time, non-exclusive North
  American English language editorial print textbook and cd-rom rights, pr
  12,000 each.

  ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
  ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
  ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00091530 | River cutting through | Frans Lanting | cd-pkg ancillary | 200.00 |
| 00091530 | River cutting through | Frans Lanting | textbook cover | 600.00 |


                         **TOTAL LICENSE FEES : $          800.00**


                         **INVOICE TOTAL     : $          800.00**

                         **Payment  : $      800.00**

                         **BALANCE DUE : $            0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons          Date          : 04-17-01
111 River Street           Invoice #     : 202517
                           Job No.
Hoboken, NJ 07030          P.O. No.

Attention: Jennifer MacMillan      Web Order #    : NONE

**Licensing Rights:**

Murck - Geology Today 2e. One-time, non-exclusive North American English language editorial textbook rights, pr 30,000. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00800709 | ERODED HILLS, MADAGASCAR | Frans Lanting | 1/4p editorial/txtbk | 140.00 |

TOTAL LICENSE FEES : $    140.00

INVOICE TOTAL    : $    140.00

Payment : $    140.00

BALANCE DUE : $      0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons          Date            : 07-25-01
111 River Street           Invoice #       : 203065
                           Job No.
Hoboken, NJ 07030          P.O. No.

Attention: Jennifer MacMillan    Web Order #    : 100944

**Licensing Rights:**

Strahler: Science 2ed. One-time, non-exclusive North American English language editorial print textbook rights, pr 15,000. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | fp textbook reuse | 260.00 |
| 00096945 | Tambopata River tributary | Frans Lanting | fp textbook reuse | 208.00 |
| 00141070 | Galapagos Giant Tortoise | Tui De Roy | fp textbook reuse | 260.00 |
| 00800204 | ERODED HILLS, MADAGASCAR | Frans Lanting | 1/4p textbook 2nd use | 131.25 |
| 00800204 | ERODED HILLS, MADAGASCAR | Frans Lanting | 1/4p textbook reuse | 140.00 |
| 00957634 | Baobab (Adansonia digitata) | Frans Lanting | 1/4p textbook reuse | 140.00 |

**TOTAL LICENSE FEES : $      1139.25**

**INVOICE TOTAL     : $      1139.25**

**Payment  : $      1139.25**

**BALANCE DUE : $         0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 09-13-01
111 River Street                     Invoice #     : 203289
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Lisa Gee                  Web Order #    : NONE

**Licensing Rights:**
Solomons: Organic Chemistry 7e upgrade. One-time, non-exclusive world
English language editorial print textbook rights, pr <20,000. Image used
on cover and ghosted back on 25 chapter openers. (Fee reflects 20%
discount from original 1998 invoice #980466 by ENP). No electronic
rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00201491 | Pacific Yew (Taxus | Gerry Ellis | textbook + co | 640.00 |

                              TOTAL LICENSE FEES : $        640.00

                                INVOICE TOTAL    : $        640.00

                                Payment : $          640.00

                                BALANCE DUE : $          0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons           Date          : 06-10-02
111 River Street            Invoice #     : 204692
                            Job No.
Hoboken, NJ 07030           P.O. No.        : revised 8/7/02

Attention: Jennifer MacMillan    Web Order #    : ELECT

**Licensing Rights:**

Strahler: INTRODUCING, 3e. One-time non-exclusive North American English
language editorial textbook rights, print run 15,200.  No electronic
rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00000031 | Deforested and deeply eroded | Frans Lanting | 1/4p textbk/reuse | 140.00 |
| 00033971 | Galapagos Giant Tortoise | Frans Lanting | 1/4p txtbk reuse | 140.00 |
| 00033971 | Galapagos Giant Tortoise | Frans Lanting | FP /CO txtbk | 362.50 |
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | 1/4p txtbk reuse | 140.00 |
| 00091530 | River cutting through | Frans Lanting | 1/2p txtbk/ reuse | 160.00 |
| 00109213 | Close up of eroded sandstone | Carr Clifton | 1/2p txtbk reuse | 160.00 |
| 00957634 | Baobab (Adansonia digitata) | Frans Lanting | 1/4p txtbk reuse | 140.00 |

TOTAL LICENSE FEES : $      1242.50

INVOICE TOTAL    : $      1242.50

Payment : $    1242.50

BALANCE DUE : $       0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date        : 06-10-02
111 River Street                      Invoice #   : 204693
                                      Job No.
Hoboken, NJ 07030                     P.O. No.

Attention: Jennifer MacMillan         Web Order #  : NONE

## Licensing Rights:

Snustad: GENETICS 3e.  One- time non-exclusive North American English
language editorial rights, print run 17,000.  No electronic rights
granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00050301 | GEESE | Jim Brandenburg | 1/4p txtbi reuse | 140.00 |
| 00091522 | Segama River cutting through | Frans Lanting | 1/4p CO reuse | 175.00 |

TOTAL LICENSE FEES : $        315.00

INVOICE TOTAL    : $        315.00

Payment  : $       315.00

BALANCE DUE : $          0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons
111 River Street

Hoboken, NJ 07030

Attention: Sara Wight

Date            : 08-14-02
Invoice #       : 204973
Job No.
P.O. No.

Web Order #     : NONE

**Licensing Rights:**
Botkin ENVIRONMENTAL SCIENCE, 4e.  One-time non-exclusive North American English language print editorial rights, print run 30,000. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00056460 | Farmlands encroaching on | Jim Brandenburg | 1/4p txtbk  reuse | 140.00 |
| 00063567 | WHITE SWAN WITH CHICKS | Jim Brandenburg | 1/4p txtbk reuse | 140.00 |
| 00091522 | Segama River cutting through | Frans Lanting | 1/4p txtbk reuse | 140.00 |
| 00102302 | PEOPLE & CULTURE PRAWN FARM, | Frans Lanting | 1/4p txtbk reuse | 140.00 |
| 00192102 | Emperor Penguin (Aptenodytes | Konrad Wothe | 1/4p txtbk | 175.00 |

TOTAL LICENSE FEES : $        735.00

INVOICE TOTAL     : $        735.00

Payment : $        735.00

BALANCE DUE : $          0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 01-27-03
111 River Street                     Invoice #     : 206096
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Jennifer MacMillan        Web Order #   : NONE

**Licensing Rights:**
   THE EARTH THRU TIME/ Levin 7e. One-time non-exclusive World English
language editorial rights: textbook print run 22,000. No electronic
rights granted.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00041113 | Ring-tailed Lemur (Lemur | Frans Lanting | 1/4p txtbk reuse | 210.00 |

                         TOTAL LICENSE FEES : $        210.00

                         INVOICE TOTAL    : $        210.00

                              Payment : $      210.00

                         BALANCE DUE : $          0.00

       Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
       bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                              Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                        Date            : 02-06-03
111 River Street                         Invoice #       : 206155
                                         Job No.
Hoboken, NJ 07030                        P.O. No.

Attention: Hilary Newman                 Web Order #     : ELECT


**Licensing Rights:**
   ENVIRONMENT/ Raven 4e. One-time non-exclusive North American English
   language editorial rights; textbook print run 40,000. No electronic
   rights granted.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00091522 | Segama River cutting through | Frans Lanting | 1/4p txtbk/edit | 175.00 |
| 00102299 | Aerial view of prawn farm | Frans Lanting | 1/4p txtbk/edit | 175.00 |
| 00127444 | AERIAL VIEW OF ISOLATED | Frans Lanting | 1/4p txtbk reuse | 140.00 |
| 00127551 | PACIFIC TREE FROGS (Hyla | Frans Lanting | 1/4p txtbk reuse | 140.00 |
| 00150154 | Pygmy Seahorse (Hippocampus | Fred Bavendam | 1/4p txtbk/ edit | 175.00 |
| 00800610 | IPIPHYTE COVERED LIANAS | Mark Moffett | 1/4p txtbk reuse | 140.00 |

                              **TOTAL LICENSE FEES : $        945.00**


                                 **INVOICE TOTAL    : $       945.00**

                                     **Payment  : $     945.00**

                                  **BALANCE DUE : $         0.00**


   Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
   bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                        Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                 Date          : 03-21-03
111 River Street                  Invoice #     : 206304
                                  Job No.
Hoboken, NJ 07030                 P.O. No.

Attention: Jennifer MacMillan     Web Order #   : NONE

## Licensing Rights:

DYNAMIC EARTH/ Skinner 5e. One-time non-exclusive North American English language editorial textbook rights, print run 30,000. NO electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00800121 | EROSION MADAGASCAR | Frans Lanting | 1/4p txtbk reuse | 170.00 |

TOTAL LICENSE FEES : $    170.00

INVOICE TOTAL    : $    170.00

Payment : $    170.00

BALANCE DUE : $      0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 01-30-04
111 River Street                     Invoice #     : 207559
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Jennifer MacMillan        Web Order #   : NONE

**Licensing Rights:**
  Skinner- DYNAMIC EARTH: Geodiscoveries 5e, ISBN:0-471-44728-5
  One-time non-exclusive North American English language electronic
  textbook rights, CD-ROM print run 30,000.

  ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
  ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
  ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00000031 | Deforested and deeply eroded | Frans Lanting | 1/4p txbk CD | 75.00 |

                          TOTAL LICENSE FEES : $        75.00

                          INVOICE TOTAL     : $        75.00

                          Payment : $        75.00

                          BALANCE DUE : $         0.00

  Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
  bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                          Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

| | |
|---|---|
| John Wiley & Sons | Date : 03-25-04 |
| 111 River Street | Invoice # : 207798 |
| | Job No. |
| Hoboken, NJ 07030 | P.O. No. |
| | |
| Attention: Jennifer MacMillan | Web Order # : NONE |

**Licensing Rights:**
Strahler- INTRODUCING PHYSICAL GEOGRAPHY  Media Update e-book 3e. ISBN:
0-471-66969-5, main text.  One-time, non-exclusive North American
English language e-textbook rights, print run 10,000. Extension of print
rights granted 6/10/02 invoice 204692.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00000031 | Deforested and deeply eroded | Frans Lanting | e-textbook | 75.00 |
| 00033971 | Galapagos Giant Tortoise | Frans Lanting | e-textbook | 75.00 |
| 00033971 | Galapagos Giant Tortoise | Frans Lanting | e-textbook | 75.00 |
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | e-textbook | 75.00 |
| 00091522 | Segama River cutting through | Frans Lanting | e-textbook | 75.00 |
| 00109213 | Close up of eroded sandstone | Carr Clifton | e-textbook | 75.00 |
| 00957634 | Baobab (Adansonia digitata) | Frans Lanting | e-textbook | 75.00 |

**TOTAL LICENSE FEES : $        525.00**

**INVOICE TOTAL     : $        525.00**

**Payment : $      525.00**

**BALANCE DUE : $          0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date            : 03-25-04
111 River Street                     Invoice #       : 207799
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Jennifer MacMillan        Web Order #     : NONE

**Licensing Rights:**
Strahler - PHYSICAL GEOGRAPHY: Science and Systems (textbook & e-book),
3e, ISBN:0-47-48053-3.  One-time, non-exclusive North American English
language editorial rights: print textbook and e-book with total print
run under 20,000.  Previous edition  billed 9/22/07 invoice # 171285.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00000031 | Deforested and deeply eroded | Frans Lanting | e-textbook | 75.00 |
| 00000031 | Deforested and deeply eroded | Frans Lanting | 1/4p txtbk reuse | 140.00 |
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | e-textbook | 75.00 |
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | e-textbook | 75.00 |
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | 1/4p txbk reuse | 140.00 |
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | 3/4p txbk reuse | 180.00 |
| 00109213 | Close up of eroded sandstone | Carr Clifton | e-textbook | 75.00 |
| 00109213 | Close up of eroded sandstone | Carr Clifton | 1/4p txbk reuse | 140.00 |
| 00141112 | Marsh Saxifrage (Saxifraga | Tui De Roy | e-textbook | 75.00 |
| 00141112 | Marsh Saxifrage (Saxifraga | Tui De Roy | 1/4p txtbk | 175.00 |
| 00957634 | Baobab (Adansonia digitata) | Frans Lanting | e-textbook | 75.00 |
| 00957634 | Baobab (Adansonia digitata) | Frans Lanting | 1/4p txbk reuse | 140.00 |

                              TOTAL LICENSE FEES : $        1365.00

                                 INVOICE TOTAL     : $       1365.00

                                     Payment : $      1365.00

                                 BALANCE DUE : $           0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.



Minden
Pictures

June 17, 2004

Jennifer MacMillan
John Wiley & Sons
111 River Street
Hoboken, NJ 07030

Dear Jennifer,

Thanks for your letter regarding rights for the Canadian edition of Strahler/
PHYSICAL GEOGRAPHY: SCIENCE 3e. Since the print run falls within the
North American print run, billed 3/25/04 on invoice #207799, we will not charge
additional reuse fees.

The Canadian Edition is covered by the license for North American rights.

Let me know if you have any questions.

Best regards,

Chris Carey

Minden v. Wiley

000037



111 River Street
Hoboken, NJ 07030
www.wiley.com
WILEY    TEL 201.748.6000
FAX 201.748.6088

# John Wiley & Sons, Inc.
### Publishers Since 1807

May 27, 2004

We are preparing the Canadian Edition of Strahler/PHYSICAL GEOGRAPHY:
SCIENCE 3e. This version is slightly modified for the Canadian market. The percentage
of change is low, and we hope that the North American rights that we've already cleared
cover this usage. We did survey many contributing agencies, and the consensus was to
include this extended usage. We hope you will agree to do the same. The print run is
minimal, and falls within what we negotiated previously.

Attached is a copy of our purchase order for the main text, which was previously sent to
you.

If you should have any questions, you can reach me by phone at 201-748-6359 or by
email at jmacmill@wiley.com.

Sincerely,


Jennifer MacMillan
Senior Photo Editor


191283
191787
203065
204692
207798
207797

Minden v. Wiley

000038



111 River Street
Hoboken, NJ 07030
www.wiley.com

TEL  201.748.6000
FAX  201.748.6088

# John Wiley & Sons, Inc.
*Publishers Since 1807*

May 27, 2004

Minden Pictures, Inc.
558 Main Street
Watsonville  CA 95076

**Project:** Strahler – *Physical Geography: Science and Systems (book & e-book)*, 3e., ISBN 0-471-48053-3,
Main text

Please bill us for North American publication rights with print runs totaling under 20,000 copies. The
following photographs have been selected to appear in the above listed title.

| P-No. | Fig # | Description | Photographer | Your Photo # | Size / Format | |
|---|---|---|---|---|---|---|
| 117 | 10.16a | Thorntree semidesert--Botswana landscape | Frans Lanting | 957634 | **Size** | 1/4-One Quarter |
| | | | | | **Format** | Color |
| 155 | 12.11 | Eroded sandstone formations, Colorado Plateau, AZ | (c)Carr Clifton | 94-47-AZ-V | **Size** | 1/4 -One Quarter |
| | | | | | **Format** | Color |
| 241 | 17.8 | Eroded hills and silted river, Madagascar | (c)Frans Lanting | 000031 | **Size** | 1/4-One Quarter |
| | | | | | **Format** | Color |
| 296 | EOGC19.3.5 | Bog in bloom on tundra, Norwegian Arctic | Tui De Roy | 141112 | **Size** | 1/4 -One Quarter |
| | | | | | **Format** | Color |
| | | | | | | **NEW** |
| 348 | 22.2a | Caribou, Artic National Wildlife Refuge, foothills of the Brooks Range SHOWCASE | Michio Hoshino | 78589 | **Size** | 3/4-Three Quarter |
| | | | | | **Format** | Color |
| 366 | 23.6 | Caribou, Artic National Wildlife Refuge, foothills of the Brooks Range | Michio Hoshino | 78589 | **Size** | 1/4-One Quarter |
| | | | | | **Format** | Color |

Minden v. Wiley

000039

Please note that, for accounting purposes, our P-number (P-no. above) must appear next to the appropriate fee on your invoice. If you have any questions, please contact me.

Thank you for your assistance on the project.

Sincerely,

Jennifer MacMillan
Photo Editor
(201) 748-6359

WILEY  Strahler – *Physical Geography: Science and Systems (book & e-book)*, 3e., ISBN 0-471-48053-3, Main text
Minden Pictures, Inc.

# STOCK PHOTO INVOICE

Jossey-Bass                                  Date            : 07-22-04
989 Market Street, 5th Floor                 Invoice #       : 208212
                                             Job No.
San Francisco, CA 94103                      P.O. No.        : 5104

Attention: Paula Goldstein               Web Order #     : ELECT

**Licensing Rights:**
  Living the Questions by Sam Intrator (ISBN#0787965545) .  One-time,
  non-exclusive, world English language print editorial book rights, print
  run 7,500, 1/2 cover.  ** Minden Pictures to receive one complimentary
  copy upon publication. **

  ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
  ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
  ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00122619 | Maple (Acer sp) and Beech | Carr Clifton | 1/2 book cover | 500.00 |

**TOTAL LICENSE FEES : $**        500.00

**INVOICE TOTAL     : $**        500.00

**Payment  : $**        500.00

**BALANCE DUE : $**          0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date           : 08-30-04
111 River Street                      Invoice #      : 208361
                                      Job No.
Hoboken, NJ 07030                     P.O. No.

Attention: Sara Wight                 Web Order #    : NONE

## Licensing Rights:
   Botkin ENVIRONMENTAL SCIENCE 5e ISBN:0-47-48816-X Main Text.
   One-time, non-exclusive North American English language editorial
   textbook rights, print run <40,000. No electronic rights granted.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00056460 | Farmlands encroaching on | Jim Brandenburg | 1/4p reuse | 140.00 |
| 00091522 | Segama River cutting through | Frans Lanting | 1/4p reuse | 140.00 |

                     TOTAL LICENSE FEES : $      280.00

                     INVOICE TOTAL    : $        280.00

                          Payment  : $    280.00

                          BALANCE DUE : $         0.00

   Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
   bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                          Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date            : 10-28-04
111 River Street                     Invoice #       : 208572
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Jennifer MacMillan        Web Order #     : NONE

**Licensing Rights:**

ENVIRONMENTAL GEOGRAPHY 3e ISBN: 0-471-48280-3.  One-time, non-exclusive
North American English language editorial textbook rights, print run
20,000. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00000031 | Deforested and deeply eroded | Frans Lanting | 1/4p txbk reuse | 140.00 |

TOTAL LICENSE FEES : $        140.00

INVOICE TOTAL    : $        140.00

Payment : $        140.00

BALANCE DUE : $          0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 01-25-05
111 River Street                     Invoice #     : 208986
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Jennifer MacMillan        Web Order #   : NONE

**Licensing Rights:**
   BIOLOGY:  Understanding Life 3e, by Alters from Jones & Bartlett.
   One-time, non-exclusive World English language editorial print and
   e-book textbook rights, print run <40,000. Fee as per agreement dated
   2/9/04.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00009729 | Squatters on deforested | Frans Lanting | 1/4p txk reuse | 150.00 |
| 00140525 | Cocos Finch (Pinaroloxias | Tui De Roy | 1/4p txbk | 200.00 |
| 00959459 | Horseshoe Crab (Limulus | Frans Lanting | 1/4p txbk reuse | 150.00 |

                          TOTAL LICENSE FEES : $      500.00


                          INVOICE TOTAL    : $       500.00

                          Payment : $      500.00

                          BALANCE DUE : $         0.00


   Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
   bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                          Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 01-25-05
111 River Street                     Invoice #     : 208987
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Jennifer MacMillan        Web Order #   : NONE

**Licensing Rights:**
Alters- BIOLOGY: Understanding Life IRDC 1e CD.  ISBN: 047652741
One-time, non-exclusive World English language editorial CD-ROM textbook
rights.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00009729 | Squatters on deforested | Frans Lanting | CD-ROM txbk reuse | 75.00 |
| 00140525 | Cocos Finch (Pinaroloxias | Tui De Roy | CD-ROM txbk reuse | 75.00 |
| 00959459 | Horseshoe Crab (Limulus | Frans Lanting | CD-ROM txbk reuse | 75.00 |

TOTAL LICENSE FEES : $        225.00

INVOICE TOTAL     : $        225.00

Payment : $        225.00

BALANCE DUE : $          0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons
111 River Street

Hoboken, NJ 07030

Attention: Jennifer MacMillan

Date          : 02-22-05
Invoice #     : 209094
Job No.
P.O. No.

Web Order #   : NONE

## Licensing Rights:

Strahler- INTRODUCING PHYSICAL GEOLOGY, 4e Main text ISBN:047167950X
One-time, non-exclusive North American English language print and
electronic editorial rights: print run 40,000. Images will be posted
Power Point versions of the images to a password protected website
available to teachers/professors with an estimated total distribution of
2,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00000031 | Deforested and deeply eroded | Frans Lanting | txbk website | 75.00 |
| 00000031 | Deforested and deeply eroded | Frans Lanting | 1/4p txbk reuse | 87.50 |
| 00033971 | Galapagos Giant Tortoise | Frans Lanting | txbk website | 75.00 |
| 00033971 | Galapagos Giant Tortoise | Frans Lanting | txbk website | 75.00 |
| 00033971 | Galapagos Giant Tortoise | Frans Lanting | FP CO txbk reuse | 162.50 |
| 00033971 | Galapagos Giant Tortoise | Frans Lanting | spot txbk reuse | 87.50 |
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | txbk website | 75.00 |
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | 1/4p txbk reuse | 87.50 |
| 00091530 | River cutting through | Frans Lanting | txbk website | 75.00 |
| 00091530 | River cutting through | Frans Lanting | 1/4p txbk reuse | 87.50 |
| 00109213 | Close up of eroded sandstone | Carr Clifton | txbk website | 75.00 |
| 00109213 | Close up of eroded sandstone | Carr Clifton | 1/4p txbk reuse | 87.50 |
| 00141112 | Marsh Saxifrage (Saxifraga | Tui De Roy | txbk website | 75.00 |
| 00141112 | Marsh Saxifrage (Saxifraga | Tui De Roy | 1/4p txbk reuse | 87.50 |
| 00957634 | Baobab (Adansonia digitata) | Frans Lanting | txbk website | 75.00 |
| 00957634 | Baobab (Adansonia digitata) | Frans Lanting | 1/4p txbk reuse | 87.50 |

TOTAL LICENSE FEES : $     1375.00

INVOICE TOTAL     : $     1375.00

Payment  : $   1375.00

BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

Minden v. Wiley

# STOCK PHOTO INVOICE

Jossey-Bass                          Date          : 04-06-05
989 Market Street, 5th Floor         Invoice #     : 209331
                                     Job No.
San Francisco, CA 94103              P.O. No.

Attention: Hatty Lee                 Web Order #   : ELECT

**Licensing Rights:**
The Politics of the Brokenhearted by Parker Palmer ISBN 0787981826.
One-time, non-exclusive, world English language editorial print trade
book rights, 1/2 of front cover, print run 5,000.  No other print or
electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00116554 | Sunlight through fog and | Jim Brandenburg | 1/2 c, trade book | 450.00 |

TOTAL LICENSE FEES : $    450.00

INVOICE TOTAL    : $    450.00

Payment  : $    450.00

BALANCE DUE : $      0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date           : 07-22-05
111 River Street                     Invoice #      : 209811
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Jennifer MacMillan        Web Order #    : NONE

**Licensing Rights:**
   Levin- EARTH THROUGH TIME, 8e   ISBN: 0471697435.  One-time,
non-exclusive North American English language editorial textbook rights,
print run 7,500 plus the right to post PowerPoint versions of the photo
on a password protected website, available only to teachers,
distribution 2,000.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00041113 | Ring-tailed Lemur (Lemur | Frans Lanting | 1/4p txbk | 150.00 |

                              **TOTAL LICENSE FEES : $        150.00**

                              **INVOICE TOTAL     : $        150.00**

                              **Payment  : $      150.00**

                              **BALANCE DUE : $          0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                     Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons
111 River Street

Hoboken, NJ 07030

Attention: Jennifer MacMillan

Date          : 07-22-05
Invoice #     : 209812
Job No.
P.O. No.

Web Order #   : NONE

**Licensing Rights:**
   Levin- EARTH THROUGH TIME, 8e   ISBN: 0471773638  One-time,
   non-exclusive North American English language editorial eletronic
   (CD-ROM) textboo rights. Print rights billed invoice #209811.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00041113 | Ring-tailed Lemur (Lemur | Frans Lanting | txbk CD-ROM | 75.00 |

TOTAL LICENSE FEES : $    75.00

INVOICE TOTAL    : $    75.00

Payment : $    75.00

BALANCE DUE : $     0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                        Date           : 08-29-05
111 River Street                         Invoice #      : 209972
                                         Job No.
Hoboken, NJ 07030                        P.O. No.

Attention: Hilary Newman                 Web Order #    : NONE


## Licensing Rights:
Raven- ENVIRONMENT, 5e Main Text and eBook/web.
ISBN: 0471704385    One-time, non-exclusive North American English
language editorial print and electronic textbook right, print run
<40,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00091522 | Segama River cutting through | Frans Lanting | 1/4p txbk reuse | 150.00 |
| 00102299 | Aerial view of prawn farm | Frans Lanting | 1/4p txbk reuse | 150.00 |
| 00127444 | AERIAL VIEW OF ISOLATED | Frans Lanting | 1/4p txbk  reuse | 150.00 |
| 00127554 | DR. ANDREW BLAUSTEIN LOOKING | Frans Lanting | 1/4p txbk reuse | 150.00 |
| 00150154 | Pygmy Seahorse (Hippocampus | Fred Bavendam | 1/4 p txbk  reuse | 150.00 |

**TOTAL LICENSE FEES : $**       750.00


**INVOICE TOTAL    : $**        750.00

**Payment : $**       750.00

**BALANCE DUE : $**        0.00


Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date           : 08-29-05
111 River Street                     Invoice #      : 209973
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Hilary Newman             Web Order #    : NONE

## Licensing Rights:
Raven- ENVIRONMENT, 5e CD   ISBN: 0471769142  One-time, non-exclusive
North American English language electronic editorial textbook rights,
print run <40,000. Main text billed, invoice 209972.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00091522 | Segama River cutting through | Frans Lanting | txbk CD reuse | 75.00 |
| 00102299 | Aerial view of prawn farm | Frans Lanting | txbk CD reuse | 75.00 |
| 00127444 | AERIAL VIEW OF ISOLATED | Frans Lanting | txbk CD reuse | 75.00 |
| 00127551 | PACIFIC TREE FROGS (Hyla | Frans Lanting | txbk CD reuse | 75.00 |
| 00150154 | Pygmy Seahorse (Hippocampus | Fred Bavendam | txbk CD reuse | 75.00 |

TOTAL LICENSE FEES : $     375.00

INVOICE TOTAL    : $     375.00

Payment  : $     375.00

BALANCE DUE : $       0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 11-18-05
111 River Street                     Invoice #     : 210385
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Jennifer MacMillan        Web Order #   : NONE

**Licensing Rights:**
   Snustad- GENETICS 4e ISBN: 047169939X.  One-time, non-exclusive
   worldwide English editorial textbook rights including E-books and
   Powerpoint Presentation, print runs totaling under 40,000.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00012593 | Common Cactus-Finch | Frans Lanting | 1/4p txbk | 200.00 |
| 00091522 | Segama River cutting through | Frans Lanting | 1/4p CO txbt reuse | 187.50 |
| 00140033 | Medium Ground-Finch | Tui De Roy | 1/4p txbk | 200.00 |
| 00141705 | Warbler Finch (Certhidea | Tui De Roy | 1/4p txbk | 200.00 |
| 00700206 | Great White Shark | Mike Parry | 1/4p txbk | 200.00 |

                              TOTAL LICENSE FEES : $        987.50

                              INVOICE TOTAL    : $        987.50

                                    Payment : $     987.50

                              BALANCE DUE : $          0.00

   Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
   bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                        Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date          : 02-01-06
111 River Street                      Invoice #     : 210735
                                      Job No.
Hoboken, NJ 07030                     P.O. No.

Attention: Hilary Newman              Web Order #   : NONE

**Licensing Rights:**
  Cutnell- PHYSICS (book and e-book/web) 73  ISBN: 0471663158.   One-time,
  non-exclusive world English language editorial textbook rights, print
  run up to 100,000.

  ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
  ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
  ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00511443 | Namib Sanddiver (Aporosaura | Michael & Patricia Fogden | 1/4p txbk | 200.00 |

                               TOTAL LICENSE FEES : $        200.00

                               INVOICE TOTAL     : $        200.00

                                     Payment : $     200.00

                               BALANCE DUE : $          0.00

    Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
    bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                        Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date            : 10-18-06
111 River Street                     Invoice #       : 212033
                                     Job No.
Hoboken, NJ 07030                    P.O. No.
                                                     : Revised 2/21/07
Attention: Sheena Goldstein          Web Order #     : NONE

**Licensing Rights:**
  Visualizing Environmental Science (WVI) , 1e by Berg  ISBN: 0471697028.
  One-time, non-exclusive world English language print and electronic
  editorial rights, print run 40,000.  E-book and password protected
  website rights extend for the life of the edition.

    ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
    ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
    ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00127444 | AERIAL VIEW OF ISOLATED | Frans Lanting | 1/4p txbk | 275.00 |
| 00127551 | PACIFIC TREE FROGS (Hyla | Frans Lanting | 1/4p CO txbk | 325.00 |

                              TOTAL LICENSE FEES : $      600.00

                              INVOICE TOTAL    : $        600.00

                                  Payment  : $    600.00

                              BALANCE DUE : $          0.00

    Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
    bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                          Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date            : 11-07-06
111 River Street                      Invoice #       : 212105
                                      Job No.
Hoboken, NJ 07030                     P.O. No.

Attention: Sheena Goldstein           Web Order #     : NONE

**Licensing Rights:**

PHYSICAL GEOGRAPHY, 1e by Arbogast ISBN: 047143860X.  Main text and
eBook/web.  One-time, non-exclusive world English language print and
electronic editorial rights, print run 40,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00110217 | Landscape, Antarctica | Frans Lanting | 1/4p txbk | 315.00 |
| 00110217 | Landscape, Antarctica | Frans Lanting | 1/4p txbk reuse | 236.25 |

TOTAL LICENSE FEES : $      551.25

INVOICE TOTAL    : $      551.25

Payment  : $      551.25

BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

Minden v. Wiley                                                     000055

# STOCK PHOTO INVOICE

John Wiley & Sons          Date            : 11-30-06
111 River Street           Invoice #       : 212263
                           Job No.
Hoboken, NJ 07030          P.O. No.

Attention: Jennifer MacMillan          Web Order #     : ELECT

**Licensing Rights:**
    200th Anniversary Edition.  One-time, non-exclusive, world English language edtorial print run under 40,000.  No other print or electronic rights granted.

    ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
    ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
    ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00030016 | Galapagos Giant Tortoise | Frans Lanting | spot, cover | 150.00 |

TOTAL LICENSE FEES : $    150.00

INVOICE TOTAL    : $    150.00

Payment : $    150.00

BALANCE DUE : $    0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date          : 01-12-07
111 River Street                      Invoice #     : 212460
                                      Job No.
Hoboken, NJ 07030                     P.O. No.
                                                    : Revised 2/21/07
Attention: Sheena Goldstein           Web Order #   : NONE

**Licensing Rights:**

Visualizing Physical Geology (WVI) 1e by Murck. ISBN# 0471747270 .
One-time, non-exclusive world English language print and electronic
editorial rights for main text, ebook and web, print run 40,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00000031 | Deforested and deeply eroded | Frans Lanting | 1/4p txbk | 275.00 |
| 00110621 | GLACIAL SILT & THE ALSEK | Carr Clifton | 1/4p txbk | 275.00 |

                    **TOTAL LICENSE FEES : $      550.00**

                       **INVOICE TOTAL    : $      550.00**

                          **Payment  : $    550.00**

                       **BALANCE DUE : $        0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 03-01-07
111 River Street                     Invoice #     : 212696
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Sheena Goldstein          Web Order #   : NONE

**Licensing Rights:**
   VISUALIZING HUMAN BIOLOGY (WVI) 1e, Main text, eBook and web.
   ISBN:0471689327   One-time, non-exclusive world English language print
   and electronic   editorial rights, print run 40,000.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00091522 | Segama River cutting through | Frans Lanting | 1/4p txbk | 200.00 |
| 00091522 | Segama River cutting through | Frans Lanting | txbk ebook/web | 75.00 |

                       **TOTAL LICENSE FEES : $        275.00**

                          **INVOICE TOTAL    : $        275.00**

                            **Payment  : $      275.00**

                          **BALANCE DUE : $          0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                       Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons
111 River Street

Hoboken, NJ 07030-5774

Attention: Richard Fox

Date            : 03-28-07
Invoice #       : 212839
Job No.
P.O. No.        : D-3625

Web Order #     : NONE

**Licensing Rights:**
Frommer's Ecuador & the Galapagos, 1e.  Comprehensive Guide.  One-time,
non-excklusive world English language editorial rights, print run 13,000
over 2 years, publication date July 2007. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00217042 | San Rafael or Coca Falls on | Pete Oxford | 1/3p back cover | 450.00 |

TOTAL LICENSE FEES : $    450.00

INVOICE TOTAL    : $    450.00

Payment  : $    450.00

BALANCE DUE : $    0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date            : 03-28-07
111 River Street                     Invoice #       : 212840
                                     Job No.
Hoboken, NJ 07030-5774               P.O. No.

Attention: Richard Fox               Web Order #     : NONE

**Licensing Rights:**

Dream Vacations ISBN# 0471102259.  One-time, non-exclusive world English language editorial rights, print run  30,000, publication date 9/07. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00151158 | Pink Anemonefish (Amphiprion | Fred Bavendam | 1/4p secondary | 200.00 |
| 00282224 | Cumulus clouds over sand | Aad Schenk/ Foto Natura | FP main | 200.00 |
| 00282670 | Wetland and sand dunes | Eddy Marissen/ Foto Natura | 1/4p secondary | 200.00 |
| 00510770 | Tree Fern (Dicksonia | Michael & Patricia Fogden | FP main | 200.00 |

                      TOTAL LICENSE FEES : $      800.00

                         INVOICE TOTAL    : $      800.00

                              Payment  : $    800.00

                          BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full. Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                 Date            : 04-17-07
111 River Street                  Invoice #       : 212971
                                  Job No.
Hoboken, NJ 07030                 P.O. No.

Attention: Sheena Goldstein       Web Order #     : NONE

**Licensing Rights:**
   Environmental Science, 6e   Main text and E-book/web. ISBN: 0470049901.
   One-time, non-exclusive North American English language editorial
   rights, print run 40,000.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00056460 | Farmlands encroaching on | Jim Brandenburg | 1/4p txbk | 225.00 |
| 00091552 | Villose Pitcher Plant | Frans Lanting | 1/4p txbk reuse | 225.00 |
| 00102302 | PEOPLE & CULTURE PRAWN FARM, | Frans Lanting | 1/4p txbk reuse | 225.00 |

                              TOTAL LICENSE FEES : $        675.00

                              INVOICE TOTAL      : $        675.00

                                    Payment  : $    675.00

                              BALANCE DUE : $          0.00

   Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
   bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                        Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                   Date          : 08-16-07
111 River Street                    Invoice #     : 213684
                                    Job No.
Hoboken, NJ 07030-5774              P.O. No.

Attention: Richard Fox              Web Order #    : NONE

**Licensing Rights:**
Frommer's South Africa 5e.  One-time, non-exclusive world English
language rights for 3 editions, total print run 54,000 over 6 years. No
electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00045740 | African Elephant (Loxodonta | Frans Lanting | 1/2p editorial | 225.00 |

TOTAL LICENSE FEES : $      225.00

INVOICE TOTAL     : $      225.00

Payment  : $      225.00

BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons          Date          : 08-16-07
111 River Street           Invoice #     : 213685
                           Job No.
Hoboken, NJ 07030-5774     P.O. No.

Attention: Richard Fox      Web Order #    : NONE

## Licensing Rights:
ARIZONA 2008.  One-time, non-exclusive world English language editorial rights, print run 25,000. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00220120 | Ferruginous Pygmy Owl | Tom Vezo | Cover editorial | 525.00 |

TOTAL LICENSE FEES : $        525.00

INVOICE TOTAL    : $        525.00

Payment  : $        525.00

BALANCE DUE : $          0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date            : 08-16-07
111 River Street                      Invoice #       : 213686
                                      Job No.
Hoboken, NJ 07030-5774                P.O. No.

Attention: Richard Fox                Web Order #     : NONE

**Licensing Rights:**
   AUSTRALIA 2008. One-time, non-exclusive world English language editorial
   rights, print run 18,000. No electronic rights granted.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00123954 | Koala (Phascolarctos | Mitsuaki Iwago | Cover editorial | 450.00 |

                              **TOTAL LICENSE FEES : $        450.00**

                              **INVOICE TOTAL    : $        450.00**

                                   **Payment  : $     450.00**

                              **BALANCE DUE : $          0.00**

   Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
   bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                         Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 08-29-07
111 River Street                     Invoice #     : 213767
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Sheena Goldstein          Web Order #   : NONE

**Licensing Rights:**
 Keller- ESSENTAIL ENVIRONMENTAL SCIENCE, 1e. Main text and eBook/ web.
 ISBN: 04711704113.  One-time, non-exclusive world English language print
 and electronic editorial rights, print run <40,000.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00056460 | Farmlands encroaching on | Jim Brandenburg | 1/4p txbk reuse | 206.25 |
| 00102302 | PEOPLE & CULTURE PRAWN FARM, | Frans Lanting | 1/4p txbk reuse | 206.25 |

                      TOTAL LICENSE FEES : $        412.50


                      INVOICE TOTAL    : $          412.50

                      Payment  : $        412.50

                      BALANCE DUE : $             0.00


Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                 Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date            : 09-12-07
111 River Street                     Invoice #       : 213844
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Sarah Ascione            Web Order #     : NONE

**Licensing Rights:**
Visualizing Intro to Physical Geography (WVI) NGS, 1e by Strahler. Main
text and e-book. ISBN: 9780470095720. One-time, non-exclusive World
English language editorial rights, print run <40,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00109213 | Close up of eroded sandstone | Carr Clifton | 1/2p editorial | 200.00 |

TOTAL LICENSE FEES : $      200.00

INVOICE TOTAL     : $      200.00

Payment : $      200.00

BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 09-27-07
111 River Street                     Invoice #     : 213967
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Sarah Ascione            Web Order #   : NONE

**Licensing Rights:**
  MICROBIOLOGY, 7e Main textbook and eBook/website. ISBN: 047107480.
  One-time, non-exclusive world English language print and electronic
  editorial rights, print run <100,000.

  ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
  ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
  ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00413303 | Inuit hunter cuts up dead | Doug Allan/ npl | 1/4p CO txbk | 325.00 |

                        TOTAL LICENSE FEES : $      325.00

                        INVOICE TOTAL    : $        325.00

                              Payment : $      325.00

                          BALANCE DUE : $          0.00

  Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
  bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                        Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons          Date           : 11-19-07
111 River Street           Invoice #      : 214331
                           Job No.
Hoboken, NJ 07030          P.O. No.

Attention: Sarah Ascione   Web Order #    : NONE

## Licensing Rights:

ENVIRONMENT 6e by Raven, Main text and e-Book/web. ISBN: 0470119268.
One-time, non-exclusive North American English language editorial
rights, print run 40,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00091522 | Segama River cutting through | Frans Lanting | 1/4p txbk reuse | 150.00 |
| 00091522 | Segama River cutting through | Frans Lanting | 1/4p txbk web reuse | 75.00 |
| 00102299 | Aerial view of prawn farm | Frans Lanting | 1/4p txbk reuse | 150.00 |
| 00102299 | Aerial view of prawn farm | Frans Lanting | 1/4p txbk web reuse | 75.00 |
| 00127551 | PACIFIC TREE FROGS (Hyla | Frans Lanting | 1/4p txbk reuse | 150.00 |
| 00127551 | PACIFIC TREE FROGS (Hyla | Frans Lanting | 1/4p txbk web reuse | 75.00 |
| 00150154 | Pygmy Seahorse (Hippocampus | Fred Bavendam | 1/4p txbk reuse | 150.00 |
| 00150154 | Pygmy Seahorse (Hippocampus | Fred Bavendam | 1/4p txbk web reuse | 75.00 |

TOTAL LICENSE FEES : $     900.00

INVOICE TOTAL     : $     900.00

Payment  : $   900.00

BALANCE DUE : $       0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 04-16-08
111 River Street                     Invoice #     : 215239
                                     Job No.
Hoboken, NJ 07030-5774               P.O. No.

Attention: Richard Fox               Web Order #   : NONE

**Licensing Rights:**

  AUSTRALIA FOR DUMMIES 1st Edition   ISBN: 978-0-470-17834-8. One-time,
non-exclusive worldwide English language editorial rights, print run
15,000 over 2 years. No electronic rights granted.

  ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
  ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
  ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00127517 | Eastern Grey Kangaroos | Frans Lanting | Bk cover edit | 375.00 |

**TOTAL LICENSE FEES : $     375.00**

**INVOICE TOTAL     : $     375.00**

**Payment  : $     375.00**

**BALANCE DUE : $       0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 04-16-08
111 River Street                     Invoice #     : 215240
                                     Job No.
Hoboken, NJ 07030-5774               P.O. No.

Attention: Richard Fox               Web Order #   : NONE

**Licensing Rights:**
Frommer's (Internal) Promotional Calendar.  One-time, non-exclusive
world English language internal corporate calendar rights, print run
2,500.  No electronic rights granted. Publication date 5/1/08.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00109198 | McBride Glacier in Muir | Carr Clifton | corp calendar | 375.00 |

                              TOTAL LICENSE FEES : $       375.00

                              INVOICE TOTAL     : $       375.00

                                    Payment : $    375.00

                              BALANCE DUE : $         0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                  Date          : 04-16-08
111 River Street                   Invoice #     : 215241
                                   Job No.
Hoboken, NJ 07030-5774             P.O. No.

Attention: Richard Fox             Web Order #    : NONE

**Licensing Rights:**
Frommer's British Columbia & the Canadian Rockies, 5th Edition, by Bill
McRae.  ISBN: 978-0-470-25705-9. One-time, non-exclusive world English
language editorial rights, print run 16,000 over two years.  No
electronic rights granted.  Publication date: May 2008.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00172483 | Sea Otter (Enhydra lutris) | Tim Fitzharris | 1/3p Bk Cover edit | 450.00 |

**TOTAL LICENSE FEES : $**     450.00

**INVOICE TOTAL     : $**     450.00

**Payment  : $**     450.00

**BALANCE DUE : $**       0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                      Date          : 04-16-08
111 River Street                       Invoice #     : 215242
                                       Job No.
Hoboken, NJ 07030-5774                 P.O. No.

Attention: Richard Fox                 Web Order #   : NONE

**Licensing Rights:**
Frommer's Montana & Wyoming, 7th Edition by Eric Peterson.
ISBN:978-0-470-25562-9. One-time, non-exclusive world English language
editorial rights, print run 16,000 over two years. No electronic rights
granted.  Publication date: May 2008.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00340101 | Mustang (Equus caballus) | Yva Momatiuk & John Eastcott | 1/3p BK Cover edit | 450.00 |

                         TOTAL LICENSE FEES : $      450.00

                             INVOICE TOTAL    : $      450.00

                                Payment  : $    450.00

                                BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date          : 04-16-08
111 River Street                      Invoice #     : 215243
                                      Job No.
Hoboken, NJ 07030-5774                P.O. No.

Attention: Richard Fox                Web Order #   : NONE

**Licensing Rights:**
Pauline Frommer's Hawaii: Spend Less, See More, 2nd Edition by Joan
Conrow. ISBN: 978-0-470-18411-0. One-time, non-exclusive world English
language editorial rights, print run 16,000 over two years. No
electronic rights granted. Publication date: July 1008.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00500118 | Sean Hayes, March 1998, | Bob Barbour | 1/2p Cover edit | 600.00 |
| 00500118 | Sean Hayes, March 1998, | Bob Barbour | 1/4p bk cover edit | 337.00 |

TOTAL LICENSE FEES : $      937.00

INVOICE TOTAL     : $      937.00

Payment  : $     937.00

BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

| | |
|---|---|
| John Wiley & Sons | Date : 04-16-08 |
| 111 River Street | Invoice # : 215244 |
| | Job No. |
| Hoboken, NJ 07030-5774 | P.O. No. |
| | |
| Attention: Richard Fox | Web Order # : NONE |

**Licensing Rights:**

Frommer's National Parks of the American West, 6th Edition by Shane Christensen. ISBN: 978-0-470-18564-3. One-time, non-exclusive world English language editorial rights, print run 23,000 over two years. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00175751 | Delicate Arch and La Sal | Tim Fitzharris | 1/3p bk cover edit | 450.00 |

TOTAL LICENSE FEES : $ 450.00

INVOICE TOTAL : $ 450.00

Payment : $ 450.00

BALANCE DUE : $ 0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full. Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                          Date            : 05-08-08
111 River Street                           Invoice #       : 215352
                                           Job No.
Hoboken, NJ 07030                          P.O. No.
                                                           : Revised 5/23/08
Attention: Sarah Ascione                   Web Order #   : NONE

**Licensing Rights:**
   Cutnell PHYSICS 8e, Main text and eBook. ISBN:9780470223550.  One-time,
   non-exclusive world English editorial rights, print run 100,000.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00087651 | Bottlenose Dolphin (Tursiops | Flip  Nicklin | 1/4p txbk CO | 250.00 |
| 00172616 | Siberian Tiger (Panthera | Tim Fitzharris | 1/4p txbk CO | 250.00 |

                                     TOTAL LICENSE FEES : $      500.00

                                         INVOICE TOTAL     : $      500.00

                                             Payment : $     500.00

                                         BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                          Date          : 07-29-08
111 River Street                           Invoice #     : 215871
                                           Job No.
Hoboken, NJ 07030-5774                     P.O. No.

Attention: Richard Fox                     Web Order #   : NONE

**Licensing Rights:**
Frommer's Seattle Day by Day, 1st Edition by Beth Taylor. ISBN:
978-0-470-28941-9 Publication Date: November 2008. One-time,
non-exclusive world English language editorial rights for 3 years, print
run 26,000. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00173610 | Mt Rainier and wildflowers | Tim Fitzharris | 1/2p Bk Cover edit | 450.00 |

                              **TOTAL LICENSE FEES : $        450.00**

                              **INVOICE TOTAL     : $        450.00**

                              **Payment  : $        450.00**

                              **BALANCE DUE : $          0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                        Date          : 07-29-08
111 River Street                         Invoice #     : 215872
                                         Job No.
Hoboken, NJ 07030-5774                   P.O. No.

Attention: Richard Fox                   Web Order #   : NONE

**Licensing Rights:**
Frommer's Maui 2009 by Jeanette Foster. ISBN: 978-0-470-28560-2.
Publication Date: August 2008.  One-time, non-exclusive world English
language editorial rights for 1 year, print run 28,000. No electronic
rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00102826 | I'iwi or Scarlet Hawaiian | Frans Lanting | 1/3p Bk Cover edit | 450.00 |

TOTAL LICENSE FEES : $      450.00

INVOICE TOTAL     : $      450.00

Payment  : $     450.00

BALANCE DUE : $       0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 08-12-08
111 River Street                     Invoice #     : 215930
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Hilary Newman             Web Order #    : ELECT

**Licensing Rights:**
Babcock/Visualizing Earth History, 1e.   One-time, non-exclusive, world
English language print textbook rights, print run of 40,000.  Electronic
rights include e-books (included in print run) and web version for three
years.  No other print or electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00088166 | Atlantic Spotted Dolphin | Flip Nicklin | 1/4 p, text/elect | 200.00 |

                         TOTAL LICENSE FEES : $      200.00

                         INVOICE TOTAL    : $       200.00

                         Payment  : $        200.00

                         BALANCE DUE : $         0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons
111 River Street

Hoboken, NJ 07030

Attention: Sarah Wilkin

Date          : 08-25-08
Invoice #    : 216029
Job No.
P.O. No.

Web Order #  : NONE

**Licensing Rights:**

Visualizing Earth History ( Visual Imprint TItle) NGS, 1e. by Babcock,
Main text and eBook/web. ISBN: 9780471824902. One-time, non-exclusive
North American English language editorial right, print run 40,000.

\*\* CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES \*\*
\*\* NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES \*\*
\*\* ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE \*\*

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00088166 | Atlantic Spotted Dolphin | Flip Nicklin | 1/4p txbk | 200.00 |

**TOTAL LICENSE FEES : $**    **200.00**

**INVOICE TOTAL    : $**    200.00

**Payment : $**    200.00

**BALANCE DUE : $**    0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 10-17-08
111 River Street                     Invoice #     : 216289
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Sarah Wilkin              Web Order #   : NONE

## Licensing Rights:

Visualizing Environmental Science, NGS, 2e. Main text, eBook and web.
One-time, non-exclusive world print and electronic editorial rights,
print run 100,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00127444 | AERIAL VIEW OF ISOLATED | Frans Lanting | 1/4p txbk reuse | 136.00 |
| 00127551 | PACIFIC TREE FROGS (Hyla | Frans Lanting | 1/4p CO txbk reuse | 172.00 |

TOTAL LICENSE FEES : $      308.00

INVOICE TOTAL     : $      308.00

Payment  : $        308.00

BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date           : 12-10-08
111 River Street #7-07                Invoice #      : 216596
                                      Job No.
Hoboken, NJ 07030                     P.O. No.

Attention: Elle Wagner               Web Order #     : NONE

**Licensing Rights:**
   VISUALIZING EARTH SCIENCE, 1e. Main text, eBook and web(in cludes ISC).
   ISBN:9780471747055.  One-time, non-exclusive world English langauge
   print and electronic editorial reproduction rights, print run <40,000.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00000031 | Deforested and deeply eroded | Frans Lanting | 1/4p txbk | 275.00 |
| 00110621 | GLACIAL SILT & THE ALSEK | Carr Clifton | 1/4p txbk | 275.00 |
| 00762207 | Antarctic Krill (Euphausia | Ingo Arndt | 1/4p txbk | 275.00 |

                              TOTAL LICENSE FEES : $        825.00

                              INVOICE TOTAL    : $        825.00

                                  Payment  : $      825.00

                              BALANCE DUE : $          0.00

   Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
   bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                        Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                   Date            : 12-11-08
111 River Street                    Invoice #       : 216615
                                    Job No.
Hoboken, NJ 07030                   P.O. No.

Attention: Sarah Wilkin             Web Order #     : NONE

**Licensing Rights:**
Visualizing Human Biology, 2e, Main text and eBook/ web. ISBN:
9780470390740.
One-time, non-exclusive world English language print and electronic
editorial reproduction rights, print run 100,000. Image picked up for
previous edition.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00091522 | Segama River cutting through | Frans Lanting | 1/4p txbk | 137.50 |

TOTAL LICENSE FEES : $        137.50

INVOICE TOTAL    : $        137.50

Payment  : $      137.50

BALANCE DUE : $         0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date          : 12-30-08
111 River Street                      Invoice #     : 216703
                                      Job No.
Hoboken, NJ 07030-5774                P.O. No.

Attention: Richard Fox                Web Order #   : NONE

**Licensing Rights:**
Frommer's Las Vegas with Kids, 4e. by Bob Sehlinger
ISBN:978-0-470-43208-2.   One-time, non-exclusive world English language
editorial rights for 2 years, print run 8,000. No electronic rights
granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00300619 | Bottlenose Dolphin (Tursiops | Claus Meyer | 1/2p cover editorial | 600.00 |

                              TOTAL LICENSE FEES : $        600.00

                              INVOICE TOTAL     : $        600.00

                                    Payment  : $    600.00

                                  BALANCE DUE : $          0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                Date          : 01-13-09
111 River Street                 Invoice #     : 216745
                                 Job No.
Hoboken, NJ 07030                P.O. No.

Attention: Sarah Wilkin          Web Order #   : NONE

**Licensing Rights:**
   Visualizing Geology (Visual Imprint Title) 2e, main text and eBook/web
   (Includes ISV).  ISBN:9780470419472.  One-time, non-exclusive world
   English language editorial print and electronic reproduction rights,
   print run under 40,000.  Images picked up from the previous edition.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00000031 | Deforested and deeply eroded | Frans Lanting | 1/4p txbk | 150.00 |
| 00110621 | GLACIAL SILT & THE ALSEK | Carr Clifton | 1/4p txbk reuse | 150.00 |

                              TOTAL LICENSE FEES : $      300.00

                              INVOICE TOTAL    : $      300.00

                                  Payment  : $    300.00

                              BALANCE DUE : $        0.00

   Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
   bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                       Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

| | | |
|---|---|---|
| John Wiley & Sons | Date | : 02-23-09 |
| 111 River Street | Invoice # | : 216977 |
| | Job No. | |
| Hoboken, NJ 07030 | P.O. No. | |
| | | |
| Attention: Sarah Wilkin | Web Order # | : ELECT |

**Licensing Rights:**

Environmental Science, 7e by Botkin. Main text and E-book/web. ISBN: 09780470118559 One-time, non-exclusive North American English language editorial rights, print run under 100,000. No other print or electronic rights granted.

\*\* CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES \*\*
\*\* NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES \*\*
\*\* ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE \*\*

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00056460 | Farmlands encroaching on | Jim Brandenburg | 1/4 p, text/web PU | 168.75 |
| 00091522 | Segama River cutting through | Frans Lanting | 1/4 p, text/web PU | 168.75 |
| 00102302 | PEOPLE & CULTURE PRAWN FARM, | Frans Lanting | 1/4 p, text/web PU | 168.75 |

| | | |
|---|---|---|
| **TOTAL LICENSE FEES : $** | | **506.25** |
| **INVOICE TOTAL : $** | | **506.25** |
| **Payment : $** | **506.25** | |
| **BALANCE DUE : $** | | **0.00** |

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full. Thank you for working with Minden Pictures.



111 River Street
Hoboken, NJ 07030
www.wiley.com
TEL  (201) 748-5929
FAX  (201) 748-6664

# John Wiley & Sons, Inc.
*Publishers Since 1807*

February 20, 2009

Minden Pictures, Inc.***
558 Main Street
Watsonville CA 95076

Project: Botkin - *Environmental Science*, 7e. Main text and eBook/web

web (Includes ISV)
ISBN: 9780470118559

Please bill us for World English Language publication rights with estimated print runs totaling under 100,000 copies. The following photographs have been selected to appear in the above listed title.

| P-no. | Fig. No. | Your Photo No. | Photographer | Size | Format | Reuse | Ch Op |
|-------|----------|----------------|--------------|------|--------|-------|-------|
| 2 | Fig. 1.1a | 102302 | Frans Lanting | 1/4-One Quarter | Color | ☒ | ☐ |
| | **Description** | Prawn farm, Borneo | | | | | |
| 86 | Fig. 8.21 | 91522 | Frans Lanting | 1/4-One Quarter | Color | ☒ | ☐ |
| | **Description** | tropical rainforest biome - Segama River in Borneo | | | | | |
| 246 | Fig. 21.15c | 056460 | Jim Brandenburg | 1/4-One Quarter | Color | ☒ | ☐ |
| | **Description** | aerial view f farmlands encroaching on prarie potholes, North Dakota | | | | | |

Please note that, for accounting purposes, our P-number (P-no. above) must appear next to the appropriate fee on your invoice. If you have any questions, please contact me.

Thank you for your assistance on the project.

Sincerely,
Sarah Wilkin
Photo Assistant
(201) 748-6652
sawilkin@wiley.com

Elle Wagner
Senior Photo Editor
(201) 748-5691

Minden v. Wiley                    000086

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date          : 03-12-09
111 River Street                     Invoice #     : 217094
                                     Job No.
Hoboken, NJ 07030                    P.O. No.      : P-no 13

Attention: Sarah Wilkin             Web Order #    : ELECT

## Licensing Rights:
Springer, Educational Research, 1E. Main text (included ISV) ISBN
#978470131329.  One-time, non-exclusive, world English language print
textbook rights, print run of 40,000.  Electronic rights include e-books
(included in print run) and web version for three years.  No other print
or electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00210027 | Brown Capuchin (Cebus apella) | Pete Oxford | 1/4 p CO, text/elect | 250.00 |

                              TOTAL LICENSE FEES : $      250.00

                              INVOICE TOTAL    : $        250.00

                                  Payment  : $    250.00

                                  BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                        Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons
111 River Street

Hoboken, NJ 07030-5774

Attention: Richard Fox

Date          : 05-11-09
Invoice #     : 217446
Job No.
P.O. No.

Web Order #   : NONE

## Licensing Rights:

Frommer's Sweden, 6th Edition by Danforth Prince. (Frommer's Complete Guide Series)  ISBN: 978-0-470-43214-3. Publication Date: April 2009. One-time, non-exclusive world English language editorial reproduction rights, print run 8,000. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00287068 | Caribou (Rangifer tarandus) | Jasper Doest/ Foto Natura | Bk Cover edit | 450.00 |

TOTAL LICENSE FEES : $     450.00

INVOICE TOTAL    : $     450.00

Payment  : $     450.00

BALANCE DUE : $       0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full. Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                      Date            : 06-04-09
111 River Street                       Invoice #       : 217565
                                       Job No.
Hoboken, NJ 07030                      P.O. No.

Attention: Sarah Wilkin                Web Order #     : ELECT

**Licensing Rights:**
Raven - Environment, 7e. Main text (included ISV) ISBN #9780470118573.
One-time, non-exclusive, world English language print textbook rights,
print run of up to 100,000.  Electronic rights include e-books (included
in print run) and web version for three years.  No other print or
electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00150154 | Pygmy Seahorse (Hippocampus | Fred Bavendam | 1/4 p, text/elect PU | 150.00 |

                                    **TOTAL LICENSE FEES : $        150.00**

                                    **INVOICE TOTAL    : $         150.00**

                                    **Payment : $          150.00**

                                    **BALANCE DUE : $           0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                        Date           : 07-07-09
111 River Street                         Invoice #      : 217711
                                         Job No.
Hoboken, NJ 07030                        P.O. No.

Attention: Hilary Newman               Web Order #     : ELECT

**Licensing Rights:**
Snustad - Genetics, 5e (ISBN 9780470388259).  One-time, non-exclusive,
World English language print textbook rights and ebook rights with
combined circulation under 40,000. Electronic permissions include
password protected website, Powerpoint and ISV (international student
versions) for up to five years.  No other print or electronic rights
granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00140033 | Medium Ground-Finch | Tui De Roy | 1/4 p, text/elect PU | 150.00 |
| 00141705 | Warbler Finch (Certhidea | Tui De Roy | 1/4 p, text/elect PU | 150.00 |
| 00700206 | Great White Shark | Mike Parry | 1/4 p, text/elect PU | 150.00 |

TOTAL LICENSE FEES : $        450.00

INVOICE TOTAL    : $        450.00

Payment  : $     450.00

BALANCE DUE : $          0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.


# John Wiley & Sons, Inc.
*Publishers Since 1807*

September 15, 2008

Minden Pictures, Inc.
558 Main Street
Watsonville CA 95076

Project: Snustad - *Genetics*, 5e. Main text and eBook/web
ISBN: 9780470388259

Please bill us for World English Language publication rights with estimated print runs totaling under 40,000 copies. The following photographs have been selected to appear in the above listed title.

| P-no. | Fig. No. | Your Photo No. | Photographer | Size | Format | Reuse | Ch Op |
|-------|----------|----------------|--------------|------|--------|-------|-------|
| 235 | Fig. 25.2 (left) | 141705 | Tui De Roy | 1/4 -One Quarter | Color | ☒ | ☐ |
| | **Description** | Warbler, Galapagos finch | | | | | |
| 236 | Fig. 25.2 (center) | 012593 | Frans lanting | 1/4 -One Quarter | Color | ☒ | ☐ |
| | **Description** | Cactus, Galapagos finch | | | | | |
| 237 | Fig. 25.2 (right) | 140033 | Tui De Roy | 1/4 -One Quarter | Color | ☒ | ☐ |
| | **Description** | Medium-billed ground, Galapagos finch | | | | | |
| 249 | Fig. 25.13b | 700206 | Mike Parry | 1/4 -One Quarter | Color | ☒ | ☐ |
| | **Description** | Great white shark | | | | | |

Please note that, for accounting purposes, our P-number (P-no. above) must appear next to the appropriate fee on your invoice. If you have any questions, please contact me.

Thank you for your assistance on the project.

Sincerely,
Sarah Wilkin
Photo Assistant
(201) 748-6652
sawilkin@wiley.com

Hilary Newman
Manager, Photo Dept.
(201) 748-6733

Minden v. Wiley

000091

# STOCK PHOTO INVOICE

John Wiley & Sons          Date           : 07-20-09
111 River Street           Invoice #      : 217773
                           Job No.
Hoboken, NJ 07030          P.O. No.

Attention: Sheena Goldstein     Web Order #    : NONE

**Licensing Rights:**
ANIMAL BEHAVIOR, 3e by Goodenough. Main text and web (includes ISV and Powerpoint). ISBN: 9780470045176. One-time, non-exclusive worldwide English language print and electronic reproduction rights, total print run 40,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00091401 | Honey Bee (Apis mellifera) | Mark Moffett | 1/4p txbk reuse | 206.25 |
| 00143648 | Blue-footed Booby (Sula | Tui De Roy | 1/4p txbk | 275.00 |
| 00160059 | Clark's Nutcracker | Michael Quinton | 1/4p txbk | 275.00 |
| 00195176 | Black Grouse (Tetrao tetrix) | Konrad Wothe | 1/4p txbk | 275.00 |
| 00216886 | Common Marmoset (Callithrix | Pete Oxford | 1/4p txbk | 275.00 |
| 00236073 | Bighorn Sheep (Ovis | Sumio Harada | 1/4p txbk | 275.00 |
| 00270116 | Southern Elephant Seal | Hiroya Minakuchi | 1/4p txbk | 275.00 |
| 00278267 | Domestic Cat (Felis catus) | Jorg & Petra Wegner/ Foto Natura | 1/4p txbk | 275.00 |
| 00279448 | North Sumatran Leaf Monkey | Jeffrey Oonk/ Foto Natura | 1/4p txbk | 275.00 |
| 00298053 | Atlantic Marsh Fiddler (Uca | Piotr Naskrecki | 1/4p txbk | 275.00 |
| 00972248 | Green Sea Turtle (Chelonia | Chris Newbert | 1/4p txbk | 275.00 |

**TOTAL LICENSE FEES : $    2956.25**

**INVOICE TOTAL    : $    2956.25**

**Payment  : $    2956.25**

**BALANCE DUE : $      0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full. Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date            : 08-21-09
111 River Street                     Invoice #       : 217922
                                     Job No.
Hoboken, NJ 07030-5774               P.O. No.

Attention: Richard Fox               Web Order #     : NONE

**Licensing Rights:**
   Frommer's 500 Places to Make a Difference by Andrew Mersmann ISBN:
   978-0-470-16061-9.  One-time, non-exclusive world English language
   editorial reproduction rights, print run 16,000 for a term of three
   years. No electronic rights granted.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00790087 | Green Sea Turtle (Chelonia | Luciano Candisani | 1/2p Cover editorial | 750.00 |

                              TOTAL LICENSE FEES : $      750.00

                              INVOICE TOTAL    : $        750.00

                                  Payment  : $     750.00

                                  BALANCE DUE : $         0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                        Date           : 11-16-09
111 River Street                         Invoice #      : 218282
                                         Job No.
Hoboken, NJ 07030                        P.O. No.

Attention: Sarah Wilkin                   Web Order #    : NONE

**Licensing Rights:**
The Science + Instructor's PowerPoint, 6e by Trefil. Main text and
eBook-web (including ISV).  ISBN: 9780470118542.  One-time, world
English language print and electronic editorial reproduction rights,
print run 100,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00175220 | Crescent moon over El | Tim Fitzharris | 1/4p CO txbk | 250.00 |

TOTAL LICENSE FEES : $      250.00

INVOICE TOTAL     : $      250.00

Payment  : $      250.00

BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons          Date          : 02-09-10
111 River Street           Invoice #     : 218708
                           Job No.
Hoboken, NJ 07030          P.O. No.

Attention: Sarah Wilkin     Web Order #    : NONE

## Licensing Rights:

INTRODUCING PHYSICAL GEOGRAPHY, 5e by Strahler, Main text, eBook and Wed (includes ISV). ISBN: 9780470134863. One-time, non-exclusive worldwide English language editorial print and electronic reproduction rights, print run under 100,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | 3/4p txbk reuse | 150.00 |
| 00109213 | Close up of eroded sandstone | Carr Clifton | 1/4p txbk reuse | 150.00 |
| 00131272 | Opuntia (Opuntia sp) along | Carr Clifton | 1/4p txbk | 200.00 |
| 00141112 | Marsh Saxifrage (Saxifraga | Tui De Roy | 1/4p txbk reuse | 150.00 |
| 00414991 | Spotted Hyena (Crocuta | Anup Shah/ npl | 1/4p txbk | 200.00 |

TOTAL LICENSE FEES : $    850.00

INVOICE TOTAL    : $    850.00

Payment : $   850.00

BALANCE DUE : $      0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full. Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                  Date          : 03-01-10
111 River Street #7-07             Invoice #     : 218792
                                   Job No.
Hoboken, NJ 07030                  P.O. No.

Attention: Elle Wagner            Web Order #   : NONE

**Licensing Rights:**
General, Organic, Biochemistry, 10e by Hein. Main text and eBook/web and
includes ISV. ISBN: 9780470598801.  One-time, non-exclusive world
English language editorial print and electronic reproduction rights,
print run 100,000.   Initial use licensed by Getty Images.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00762249 | Adelie Penguin (Pygoscelis | Ingo Arndt | 1/4p txbk reuse | 150.00 |

TOTAL LICENSE FEES : $    150.00

INVOICE TOTAL    : $    150.00

Payment  : $   150.00

BALANCE DUE : $     0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons Canada, Ltd.          Date            : 03-01-10
Higher Education Division               Invoice #       : 218801
6045 Freemont Blve                      Job No.
Mississauga, ON L5R 4J3                 P.O. No.
CANADA
Attention: Gail Brown                   Web Order #     : NONE

## Licensing Rights:

Visualizing Psychology, Canadian Edition. Publication Date: 2010.
One-time, non-exclusive Canadian English language print and
electronic editorial reproduction rights print run 16,000. Print run
included Study Guide, 5,000 copies, printed textbook, password
protected web, e-book and supplements.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00168392 | Golden Retriever (Canis | Mark Raycroft | 1/8p txbk | 225.00 |

                                    INVOICE TOTAL :    CN$ 225.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) at address below. Remit only as check in
U.S. funds drawn on US bank or via wire transfer to Wells Fargo Bank, 74 River St #202, Santa Cruz, CA  95060
        Swift Code:  WFBIUS6S        Routing Number:  121000248        Account number:   058-4665087
                    Payment due on receipt. License only granted upon payment.
                        Thank you for working with Minden Pictures

**MINDEN PICTURES**
558 Main Street
Watsonville, CA 95076

# STOCK PHOTO INVOICE

John Wiley & Sons
111 River Street

Hoboken, NJ 07030

Attention: Hilary Newman

Date          : 08-06-10
Invoice #     : 219609
Job No.
P.O. No.

Web Order #   : NONE

**Licensing Rights:**

Discovering Physical Geography 2e by Arbogast- ebook/web, Instructor's Powerpoint, animations and web in all manner of media including ISV. ISBN:9780470571330. One-time, non-exclusive worldwide English language editorial reproduction rights, print run <100,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00076016 | Basswood Lake in the | Jim Brandenburg | 1/4p textbook | 131.25 |

TOTAL LICENSE FEES : $      131.25

INVOICE TOTAL    : $      131.25

BALANCE DUE : $      131.25

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.



# John Wiley & Sons, Inc.
*Publishers Since 1807*

111 River Street
Hoboken, NJ 07030
www.wiley.com
TEL  (201) 748-5929
FAX  (201) 748-6664

Minden Pictures, Inc.***
558 Main Street
Watsonville CA 95076

Project: Arbogast

- *Discovering Physical Geography + ebook/web + Instructor's PowerPoint*, 2e. animations and web / All manner of media / Includes ISV

ISBN: 9780470571330

Please bill us for World English Language publication rights with estimated print runs totaling under 100,000 copies. The following photographs have been selected to appear in the above listed title.

| P-no. | Fig. No. | Your Photo No. | Photographer | Size | Format | Reuse | Ch Op |
|-------|----------|----------------|--------------|------|--------|-------|-------|
| 39 | | 00076016 | Jim Brandenburg | V4 | Color | ☒ | ☐ |
| | | **Description** Basswood Lake in the Boundary Waters Canoe Area Wilderness, Minnesota | | | | | |

*from main text —*

Please note that, for accounting purposes, our P-number (P-no. above) must appear next to the appropriate fee on your invoice. If you have any questions, please contact me.

Thank you for your assistance on the project.

Sincerely,
Kathleen Pepper
Photo Associate
(201) 748-6652
kpepper@wiley.com

*P.O. to come next month*

*- J.M.*

*ISV = international Student Version*

Jennifer MacMillan
Senior Photo Editor
(201) 748-6359

*Animations: link in E book and opens up video type product interactive media tool connected to ebook.*

Minden v. Wiley
000099

**MINDEN PICTURES**
558 Main Street
Watsonville, CA 95076

# STOCK PHOTO INVOICE

John Wiley & Sons                   Date         : 09-20-10
111 River Street                    Invoice #    : 219802
                                    Job No.
Hoboken, NJ 07030                   P.O. No.

Attention: Jennifer MacMillan       Web Order #   : NONE

**Licensing Rights:**
Discovering Physical Geography + Instructor's Power Point, 2e.  by
Arbogast. Main text and eBook/web and ISV. ISBN:978047571330.  One-time,
non-exclusive, worldwide English language   editorial print and
electronic editorial reproduction rights, print run <100,000  in all
manner media over the life of the edition.

```
** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **
```

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00076016 | Basswood Lake in the | Jim Brandenburg | 1/4p textbook | 175.00 |
| 00093469 | Grizzly Bear (Ursus arctos | Michio Hoshino | 1/4p textbook | 175.00 |
| 00210396 | Giant Panda (Ailuropoda | Pete Oxford | 1/4p textbook | 175.00 |
| 00260380 | Mt Sefton, climber at dawn | Colin Monteath/ Hedgehog House | FP CO textbook | 175.00 |
| 00410852 | Meadow Grasshopper | Duncan McEwan/ npl | 1/4p textbook | 175.00 |

**TOTAL LICENSE FEES : $       875.00**

**INVOICE TOTAL    : $       875.00**

**BALANCE DUE : $       875.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# John Wiley & Sons, Inc.
### Publishers Since 1807



111 River Street
Hoboken, NJ 07030
www.wiley.com
TEL (201) 748-5929
FAX (201) 748-6664

8/3/10

Minden Pictures, Inc.***
558 Main Street
Watsonville CA 95076

Project: Arbogast

- *Discovering Physical Geography + Instructor's PowerPoint*, 2e. Main text and eBook/web

web / All manner of media / Includes ISV / Life of the edition

ISBN: 9780470571330

Please bill us for World English Language publication rights with estimated print runs totaling under 100,000 copies. The following photographs have been selected to appear in the above listed title.

| P-no. | Fig. No. | Your Photo No. | Photographer | Size | Format | Reuse | Ch Op |
|-------|----------|----------------|--------------|------|--------|-------|-------|
| 58 | Fig. BigPic, | 110217 | Frans Lanting | 1/4 -One Quarter | Color | ☒ | ☐ |
| | **Description** Antartic ice sheet | | | | | | |
| 173 | Fig. 10.1 | 00093469 | Michio Hoshino | 1/4 -One Quarter | Color | ☐ | ☐ |
| | **Description** Grizzly Bear (Ursus arctos horribilis) group fishing for salmon in river, Alaska | | | | | | |
| 179 | Fig. 10.2e | 00410852 | Duncan McEwan | 1/4 -One Quarter | Color | ☐ | ☐ |
| | **Description** Meadow Grasshopper (Chorthippus parallelus) on grass blade, Great Britian | | | | | | |
| 290 | Ch Op 13 | 00260380 | Colin | 1-Full Page | Color | ☐ | ☒ |
| | **Description** Mt Sefton, climber at dawn above Mueller hut and cloud-filled Mueller Glacier, Mt Cook National Park, New Zealand | | | | | | |
| 351 | Fig. WGS b | 00076016 | Jim Brandenburg | 1/4 -One Quarter | Color | ☐ | ☐ |
| | **Description** Basswood Lake in the Boundary Waters Canoe Area Wilderness, Minnesota | | | | | | |
| 523 | Fig. 20.23b | 00210396 | Pete Oxford | 1/4 -One Quarter | Color | ☐ | ☐ |
| | **Description** Giant Panda (Ailuropoda melanoleuca) sitting in vegetation eating, Wolong China Conservation and Research Center for the Giant Panda within Wolong Reserve, | | | | | | |

Minden v. Wiley

000101

Please note that, for accounting purposes, our P-number (P-no. above) must appear next to the appropriate fee on your invoice. If you have any questions, please contact me.

Thank you for your assistance on the project.

Sincerely,
Kathleen Pepper
Photo Associate
(201) 748-6652
kpepper@wiley.com


Jennifer MacMillan
Senior Photo Editor
(201) 748-6359

⊕WILEY   Arbogast
  - *Discovering Physical Geography + Instructor's PowerPoint*, 2e. 9780470571330 Main text
  Requested by Jennifer MacMillan
  Minden Pictures, Inc.***

Minden v. Wiley

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date            : 12-02-10
111 River Street                     Invoice #       : 220137
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Jennifer MacMillan        Web Order #     : NONE

**Licensing Rights:**
   Discovering Physical Geography + Instructor's Power Point, 2e.  by
   Arbogast. Main text and eBook/web and ISV. ISBN:978047571330.  One-time,
   non-exclusive, worldwide English language   editorial print and
   electronic editorial reproduction rights, print run <100,000  in all
   manner media over the life of the edition.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00175204 | Full moon over the Grand | Tim Fitzharris | FP txbk | 175.00 |

                              **TOTAL LICENSE FEES : $        175.00**

                              **INVOICE TOTAL    : $        175.00**

                              **Payment  : $      175.00**

                              **BALANCE DUE : $          0.00**

   Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
   bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                       Thank you for working with Minden Pictures.



# John Wiley & Sons, Inc.
*Publishers Since 1807*



111 River Street
Hoboken, NJ 07030
www.wiley.com
**WILEY** TEL (201) 748-5929
FAX (201) 748-6664

*INV 220137*

Minden Pictures, Inc.***
558 Main Street
Watsonville CA 95076

Project: Arbogast

*- Discovering Physical Geography + Instructor's PowerPoint*, 2e. Main text and eBook / web

web / All manner of media / Includes ISV / Life of the edition

ISBN: 9780470571330

Please bill us for World English Language publication rights with estimated print runs totaling under 100,000 copies. The following photographs have been selected to appear in the above listed title.

| P-no. | Fig. No. | Your Photo No. | Photographer | Size | Format | Reuse | Ch Op |
|-------|----------|----------------|--------------|------|--------|-------|-------|
| 262 | Ch Op 12 | 175204 | Tim Fitzharris | 1-Full Page | Color | ☐ | ☒ |
| | | **Description** Full moon over the Grand Canyon at sunset as seen from Pima Point, Grand Canyon National Park, Arizona | | | | | |

Please note that, for accounting purposes, our P-number (P-no. above) must appear next to the appropriate fee on your invoice. If you have any questions, please contact me.

Thank you for your assistance on the project.

Sincerely,
Kathleen Pepper
Photo Associate
(201) 748-6652
kpepper@wiley.com

Jennifer MacMillan
Senior Photo Editor
(201) 748-6359

⊛WILEY Arbogast
*- Discovering Physical Geography + Instructor's PowerPoint*, 2e. 9780470571330 Main text
Requested by Jennifer MacMillan
Minden Pictures, Inc.***

**MINDEN PICTURES**
558 Main Street
Watsonville, CA 95076

# STOCK PHOTO INVOICE

John Wiley & Sons
111 River Street

Hoboken, NJ 07030

Attention: Hilary Newman

| | |
|---|---|
| Date | : 04-08-11 |
| Invoice # | : 220788 |
| Job No. | |
| P.O. No. | |
| Web Order # | : NONE |

**Licensing Rights:**
Cutnell PHYSICS 8e, Main text, eBook and ISV.  ISBN:9780470223550
additional printings.  One-time, non-exclusive world English editorial
rights for print, and web in all manner of media, print run 200,000.
Extension of original print run of 100,000 licensed on invoice 215352,
for another 100,000 units.  Term: Life of the edition.  Invoice
requested by K. Pepper.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00087651 | Bottlenose Dolphin (Tursiops | Flip Nicklin | 1/4p CO txbk reuse | 75.00 |
| 00172616 | Siberian Tiger (Panthera | Tim Fitzharris | 1/4p CO txbk reuse | 75.00 |

|  | | |
|---|---|---|
| **TOTAL LICENSE FEES** : $ | 150.00 |
| **INVOICE TOTAL** : $ | 150.00 |
| **BALANCE DUE** : $ | 150.00 |

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.



# John Wiley & Sons, Inc.
*Publishers Since 1807*

111 River Street
Hoboken, NJ 07030
wwww.wiley.com

WILEY  TEL (201) 748-5929
FAX (201) 748-6664

Minden Pictures, Inc.***
558 Main Street
Watsonville CA 95076

**Requesting permission for additional printings.**

Project: Cutnell - *Physics- Reprint permission request*, 8e. Main text and eBook/web

web / All manner of media / Includes ISV / Life of the edition

ISBN: 9780470223550

Please bill us for World English Language publication rights with estimated print runs totaling under 100,000 copies. The following photographs have been selected to appear in the above listed title.

| P-no. | Fig. No. | Your Photo No. | Photographer | Size | Format | Reuse | Ch Op |
|-------|----------|----------------|--------------|------|--------|-------|-------|
| 126 | Ch Op 16 | 00087651 | Flip Nicklin | 1/4 -One Quarter | Color | ☒ | ☒ |
| | **Description** Dolphins | | | | | | |
| 197 | Ch Op 25 | 172616 | Tim Fitzharris | 1/4 -One Quarter | Color | ☒ | ☒ |
| | **Description** Siberian tiger | | | | | | |

Please note that, for accounting purposes, our P-number (P-no. above) must appear next to the appropriate fee on your invoice. If you have any questions, please contact me.

Thank you for your assistance on the project.

Sincerely,
Kathleen Pepper
Photo Associate
(201) 748-6652
kpepper@wiley.com

*4/8/11 Conversation with Hillary Newman. 30,000 Books have been printed and are in warehouse ready for shipment but have not yet been distributed. They will also print another 70,000.*
*H.*

Hilary Newman
Manager, Photo Dept.
(201) 748-6733

Minden v. Wiley

000106

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date        : 08-14-97
111 River Street                     Invoice #   : 171110
                                     Job No.
Hoboken, JN 07030                    P.O. No.

Attention: Hilary Newman             Web Order #  : NONE

## Licensing Rights:

Halliday-Fundamentals, CD-ROM Pt. 4 (chs. 34-38) 5 ed. One-time.
non-exclusive World English language CD-ROM rights.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 800177 | ELEPHANTS | FRANS LANTING | CD-ROM re-use | 160.00 |

                        TOTAL LICENSE FEES : $      160.00

                            INVOICE TOTAL    : $      160.00

                                 Payment  : $    160.00

                            BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date              : 11-09-98
111 River Street                     Invoice #         : 181600
                                     Job No.
Hoboken, JN 07030                    P.O. No.

Attention: Hilary Newman             Web Order #       : 980453

**Licensing Rights:**
  Home Planet, 1e/Murck. One-time, non-exclusive North American English
  language editorial print textbook rights, pr 40,000. No electronic
  rights granted.

  ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
  ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
  ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 022876 | ATLANTIC MEETS NAMIB DESERT, | JIM BRANDENBURG | 1/4p textbook | 175.00 |
| 091522 | SEGAMA RIVER CUTTING THROUGH | FRANS LANTING | 1/4p textbook | 175.00 |
| 140006 | VOLCANIC ERUPTION, RADIAL | TUI DE ROY | 1/4p textbook | 175.00 |
| 800352 | ERODED HILLS, MADAGASGAR | FRANS LANTING | 1/4p textbook | 175.00 |

                      **TOTAL LICENSE FEES : $       700.00**

                         **INVOICE TOTAL     : $       700.00**

                            **Payment  : $      700.00**

                          **BALANCE DUE : $         0.00**

  Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
  bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                      Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons          Date          : 02-29-00
111 River Street           Invoice #     : 200257
                           Job No.
Hoboken, NJ 07030          P.O. No.

Attention: Hilary Newman    Web Order #    : NONE

## Licensing Rights:

Physics, 5e/Cutnell. One-time, non-exclusive North American English language editorial print textbook rights, pr 50,000. No electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00025818 | Bald Eagle (Haliaeetus | Frans Lanting | 1/2p editorial/textbook | 225.00 |
| 00047356 | African Lion (Panthera leo) | Frans Lanting | 1/4p editorial/textbook | 200.00 |

TOTAL LICENSE FEES : $      425.00

INVOICE TOTAL    : $      425.00

Payment  : $     425.00

BALANCE DUE : $       0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

Minden v. Wiley                                    000109

# STOCK PHOTO INVOICE

John Wiley & Sons                    Date            : 06-05-01
111 River Street                     Invoice #       : 202761
                                     Job No.
Hoboken, NJ 07030                    P.O. No.

Attention: Jennifer MacMillan        Web Order #     : NONE


**Licensing Rights:**
   Marsh - Environmental 2e. One-time, non-exclusive North American English
   print editorial rights, pr <15,500. No electronic rights granted.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00800728 | EROSION, MADAGASGAR | Frans Lanting | 1/2p editorial reuse | 160.00 |

                          **TOTAL LICENSE FEES : $        160.00**

                          **INVOICE TOTAL     : $        160.00**

                                  **Payment  : $   160.00**

                          **BALANCE DUE : $          0.00**


   Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
   bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                          Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons          Date           : 03-25-04
111 River Street           Invoice #      : 207799
                           Job No.
Hoboken, NJ 07030          P.O. No.

Attention: Jennifer MacMillan          Web Order #    : NONE

**Licensing Rights:**
Strahler - PHYSICAL GEOGRAPHY: Science and Systems (textbook & e-book),
3e, ISBN:0-47-48053-3.  One-time, non-exclusive North American English
language editorial rights: print textbook and e-book with total print
run under 20,000.  Previous edition  billed 9/22/07 invoice # 171285.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00000031 | Deforested and deeply eroded | Frans Lanting | e-textbook | 75.00 |
| 00000031 | Deforested and deeply eroded | Frans Lanting | 1/4p txtbk reuse | 140.00 |
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | e-textbook | 75.00 |
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | e-textbook | 75.00 |
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | 1/4p txbk reuse | 140.00 |
| 00078589 | CARIBOU (Rangifer tarandus), | Michio Hoshino | 3/4p txbk reuse | 180.00 |
| 00109213 | Close up of eroded sandstone | Carr Clifton | e-textbook | 75.00 |
| 00109213 | Close up of eroded sandstone | Carr Clifton | 1/4p txbk reuse | 140.00 |
| 00141112 | Marsh Saxifrage (Saxifraga | Tui De Roy | e-textbook | 75.00 |
| 00141112 | Marsh Saxifrage (Saxifraga | Tui De Roy | 1/4p txtbk | 175.00 |
| 00957634 | Baobab (Adansonia digitata) | Frans Lanting | e-textbook | 75.00 |
| 00957634 | Baobab (Adansonia digitata) | Frans Lanting | 1/4p txbk reuse | 140.00 |

TOTAL LICENSE FEES : $     1365.00

INVOICE TOTAL     : $     1365.00

Payment : $     1365.00

BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date             : 02-23-09
111 River Street                      Invoice #        : 216977
                                      Job No.
Hoboken, NJ 07030                     P.O. No.

Attention: Sarah Wilkin               Web Order #      : ELECT

**Licensing Rights:**
Environmental Science, 7e by Botkin.  Main text and E-book/web. ISBN:
09780470118559 One-time, non-exclusive North American English language
editorial rights, print run under 100,000. No other print or electronic
rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00056460 | Farmlands encroaching on | Jim Brandenburg | 1/4 p, text/web PU | 168.75 |
| 00091522 | Segama River cutting through | Frans Lanting | 1/4 p, text/web PU | 168.75 |
| 00102302 | PEOPLE & CULTURE PRAWN FARM, | Frans Lanting | 1/4 p, text/web PU | 168.75 |

TOTAL LICENSE FEES : $        506.25

INVOICE TOTAL      : $        506.25

Payment  : $     506.25

BALANCE DUE : $        0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons             Date            : 07-07-09
111 River Street              Invoice #       : 217711
                             Job No.
Hoboken, NJ 07030            P.O. No.

Attention: Hilary Newman      Web Order #     : ELECT

## Licensing Rights:

Snustad - Genetics, 5e (ISBN 9780470388259).  One-time, non-exclusive,
World English language print textbook rights and ebook rights with
combined circulation under 40,000. Electronic permissions include
password protected website, Powerpoint and ISV (international student
versions) for up to five years.  No other print or electronic rights
granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00140033 | Medium Ground-Finch | Tui De Roy | 1/4 p, text/elect PU | 150.00 |
| 00141705 | Warbler Finch (Certhidea | Tui De Roy | 1/4 p, text/elect PU | 150.00 |
| 00700206 | Great White Shark | Mike Parry | 1/4 p, text/elect PU | 150.00 |

TOTAL LICENSE FEES : $      450.00

INVOICE TOTAL     : $      450.00

Payment  : $    450.00

BALANCE DUE : $       0.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                     Date          : 10-05-09
111 River Street                      Invoice #     : 218097
                                      Job No.
Hoboken, NJ 07030                     P.O. No.

Attention: Sarah Wilkin               Web Order #   : ELECT

**Licensing Rights:**
Pratt - Essential Biochemistry, 2e Main text and eBook/web (included
ISV) ISBN #9780470504772.  One-time, non-exclusive, world English
language print textbook rights, print run of up to 100,000.  Electronic
rights include e-books (included in print run) and web version for three
years.  No other print or electronic rights granted.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00135097 | Atlantic Longfin Squid | Norbert Wu | 1/4 p, CO text/elect | 250.00 |

                              **TOTAL LICENSE FEES : $      250.00**

                              **INVOICE TOTAL    : $      250.00**

                              **Payment : $     250.00**

                              **BALANCE DUE : $        0.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

**MINDEN PICTURES**
558 Main Street
Watsonville, CA 95076

# STOCK PHOTO INVOICE

John Wiley & Sons             Date          : 08-06-10
111 River Street              Invoice #     : 219609
                              Job No.
Hoboken, NJ 07030             P.O. No.

Attention: Hilary Newman      Web Order #   : NONE

**Licensing Rights:**
Discovering Physical Geography 2e by Arbogast- ebook/web, Instructor's
Powerpoint, animations and web in all manner of media including ISV.
ISBN:9780470571330. One-time, non-exclusive worldwide English language
editorial reproduction rights, print run <100,000.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00076016 | Basswood Lake in the | Jim Brandenburg | 1/4p textbook | 131.25 |

                              **TOTAL LICENSE FEES : $      131.25**

                              **INVOICE TOTAL    : $      131.25**

                              **BALANCE DUE : $      131.25**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

**MINDEN PICTURES**
558 Main Street
Watsonville, CA 95076

# STOCK PHOTO INVOICE

John Wiley & Sons                  Date          : 09-20-10
111 River Street                   Invoice #     : 219802
                                   Job No.
Hoboken, NJ 07030                  P.O. No.

Attention: Jennifer MacMillan      Web Order #   : NONE

## Licensing Rights:

Discovering Physical Geography + Instructor's Power Point, 2e.  by
Arbogast. Main text and eBook/web and ISV. ISBN:978047571330.  One-time,
non-exclusive, worldwide English language   editorial print and
electronic editorial reproduction rights, print run <100,000  in all
manner media over the life of the edition.

```
** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **
```

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00076016 | Basswood Lake in the | Jim Brandenburg | 1/4p textbook | 175.00 |
| 00093469 | Grizzly Bear (Ursus arctos | Michio Hoshino | 1/4p textbook | 175.00 |
| 00210396 | Giant Panda (Ailuropoda | Pete Oxford | 1/4p textbook | 175.00 |
| 00260380 | Mt Sefton, climber at dawn | Colin Monteath/ Hedgehog House | FP CO textbook | 175.00 |
| 00410852 | Meadow Grasshopper | Duncan McEwan/ npl | 1/4p textbook | 175.00 |

**TOTAL LICENSE FEES : $      875.00**

**INVOICE TOTAL      : $      875.00**

**BALANCE DUE : $      875.00**

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.

# STOCK PHOTO INVOICE

John Wiley & Sons                  Date          : 12-02-10
111 River Street                   Invoice #     : 220137
                                   Job No.
Hoboken, NJ 07030                  P.O. No.

Attention: Jennifer MacMillan      Web Order #   : NONE


**Licensing Rights:**
   Discovering Physical Geography + Instructor's Power Point, 2e.  by
   Arbogast. Main text and eBook/web and ISV. ISBN:978047571330.  One-time,
   non-exclusive, worldwide English language   editorial print and
   electronic editorial reproduction rights, print run <100,000  in all
   manner media over the life of the edition.

   ** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
   ** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
   ** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|-------|-------------|--------------|------------|-----|
| 00175204 | Full moon over the Grand | Tim Fitzharris | FP txbk | 175.00 |


                              **TOTAL LICENSE FEES : $      175.00**

                                 **INVOICE TOTAL    : $      175.00**

                                    **Payment : $     175.00**

                                  **BALANCE DUE : $        0.00**


Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US
bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
                          Thank you for working with Minden Pictures.

**MINDEN PICTURES**
558 Main Street
Watsonville, CA 95076

# STOCK PHOTO INVOICE

John Wiley & Sons
111 River Street

Hoboken, NJ 07030

Attention: Hilary Newman

| | | |
|---|---|---|
| Date | : | 04-08-11 |
| Invoice # | : | 220788 |
| Job No. | | |
| P.O. No. | | |
| Web Order # | : | NONE |

**Licensing Rights:**

Cutnell PHYSICS 8e, Main text, eBook and ISV.  ISBN:9780470223550 additional printings.  One-time, non-exclusive world English editorial rights for print, and web in all manner of media, print run 200,000. Extension of original print run of 100,000 licensed on invoice 215352, for another 100,000 units.  Term: Life of the edition.  Invoice requested by K. Pepper.

** CREDIT LINE IS REQUIRED FOR ALL EDITORIAL USES: PHOTOGRAPHER'S NAME/MINDEN PICTURES **
** NO SECONDARY RIGHTS WHATSOEVER ARE GRANTED OR IMPLIED, UNLESS LICENSED BY MINDEN PICTURES **
** ALL LICENSES SUBJECT TO TERMS AND CONDITIONS SET FORTH ON FRONT AND BACK OF THIS INVOICE **

| PHOTO | DESCRIPTION | PHOTOGRAPHER | FORMAT/USE | FEE |
|---|---|---|---|---|
| 00087651 | Bottlenose Dolphin (Tursiops | Flip Nicklin | 1/4p CO txbk reuse | 75.00 |
| 00172616 | Siberian Tiger (Panthera | Tim Fitzharris | 1/4p CO txbk reuse | 75.00 |

**TOTAL LICENSE FEES** : $    150.00

**INVOICE TOTAL**   : $    150.00

**BALANCE DUE** : $    150.00

Please remit payment to Minden Pictures, Inc. (Fed. ID #77-0239327) as check in U.S. funds drawn on US bank to address below. Payment due on receipt. License only granted upon receipt of payment in full.
Thank you for working with Minden Pictures.