UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Minden Pictures Inc., | ) Case Number: C12-04601 EMC |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING** |
| vs. | ) **PARTIES' JOINT MOTION TO** |
| John Wiley & Sons, Inc., | ) **VACATE THE CASE MANAGEMENT** |
| Defendant. | ) **CONFERENCE SCHEDULED FOR** |
| | ) **FEBRUARY 4, 2014** |

THIS MATTER is before the Court on the parties' Stipulated Motion to Vacate the Case Management Conference set for February 4, 2014. The Court FINDS that good cause has been shown for vacating the Case Management Conference scheduled for February 4, 2014; accordingly, the motion is hereby GRANTED.

**IT IS HEREBY ORDERED** that the Case Management Conference scheduled for February 4, 2014 is v~~acated~~. rescheduled for March 5, 2014 at 10:30 a.m. An updated joint CMC Statement shall be filed by February 26, 2014.

Dated: ___1/24___, 2014.

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED MOTION TO VACATE CASE MANAGEMENT CONFERENCE - C12-04601 EMC