UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Minden Pictures Inc., ) | Case Number: C12-04601 EMC |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING PARTIES' STIPULATED MOTION TO EXTEND DEADLINE FOR WILEY TO FILE ITS MOTIONS FOR FEES AND BILL OF COSTS** |
| vs. ) | |
| John Wiley & Sons, Inc., ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the parties' Stipulated Motion to Extend the Deadline for Defendant John Wiley & Sons, Inc. to file its Bill of Cost, associated motion for costs, and its motion for attorneys' fees until February 21, 2014. The Court FINDS that good cause has been shown for extending the deadline until February 21, 2014; accordingly, the motion is hereby GRANTED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** Wiley's Bill of Costs, Motion for Costs, and Motion for Attorneys' Fees shall be filed by February 21, 2014. Minden shall file its Response on or before March 18, 2014.

Dated: __2/5_____, 2014.

_____
United Sta[tes District Judge]

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER GRANTING STIP. MOT. TO EXTEND                                   C12-04601 EMC
DEADLINE TO FILE MOTS. FOR FEES & BILL OF COSTS