Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel:  (970) 245-9075
Fax:  (970) 245-8086
E-mail:  chris@harmonseidman.com

*Attorneys for Plaintiff Minden Pictures, Inc.*

Steven D. Zansberg (SBN 177528)
Christopher P. Beall (admitted *pro hac vice*)
Michael Beylkin (admitted *pro hac vice*)
Levine Sullivan Koch & Schulz, LLP
1888 Sherman Street, Suite 370
Denver,  Colorado 80203
Tel:  (303) 376-2400
Fax:  (303) 376-2401
E-mail:  szansberg@lskslaw.com
           cbeall@lskslaw.com
           mbeylkin@lskslaw.com

*Attorneys for Defendant John Wiley & Sons, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MINDEN PICTURES, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. C12-04601 EMC |
| | ) | |
| v. | ) | JOINT STIPULATED OF DISMISSAL |
| | ) | |
| JOHN WILEY & SONS, INC., | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Minden Pictures, Inc. and Defendant John Wiley & Sons, Inc., through their undersigned counsel, jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of this civil action with prejudice under the terms of their confidential Settlement Agreement and Release, all parties to bear their own costs.

DATED: March 8, 2016

    Plaintiff Minden Pictures, Inc. by its attorneys,

    */s/ Christopher Seidman*

    Christopher Seidman (SBN 98884)
    Harmon & Seidman LLC
    101 South Third Street, Suite 265
    Grand Junction, Colorado 81501
    Tel: (970) 245-9075
    Fax: (970) 245-8086
    E-mail: chris@harmonseidman.com

DATED: March 8, 2016

    Defendant John Wiley & Sons Inc., by its attorneys,

    */s/ Steven D. Zansberg*

    Steven D. Zansberg (SBN 177528)
    Christopher P. Beall (admitted *pro hac vice*)
    Michael Beylkin (admitted *pro hac vice*)
    Levine Sullivan Koch & Schulz, LLP
    1888 Sherman Street, Suite 370
    Denver, Colorado 80203
    Tel: (303) 376-2400
    Fax: (303) 376-2401
    E-mail: szansberg@lskslaw.com
           cbeall@lskslaw.com
           mbeylkin@lskslaw.com

```
IT IS SO ORDERED
_____
Edward M. Chen
U.S. District Judge
```

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

    I, Christopher Seidman, an attorney and counsel of record for Plaintiff Minden Pictures, Inc., certify that on March 8, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system, which will send automated notification of this filing to all parties of record on this date.

                                                               *s/ Christopher Seidman*
                                                               Christopher Seidman